UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

1:12 -CV- 0846

LEK; RFT

Kevin Eric Smith,

Plaintiff

v.

(1) UNITED STATES OF AMERICA ("USA")

(2) CENTRAL INTELLIGENCE AGENCY

(3) DEPARTMENT OF DEFENSE OF THE USA

(4) FEDERAL BUREAU OF INVESTIGATION OF THE USA

(5) UNITED STATES SECRET SERVICE OF THE USA

(6) UNITED STATES DEPARTMENT OF JUSTICE

(7) INTERNAL REVENUE SERVICE OF THE USA

(8) STATE OF NEW HAMPSHIRE

(9) NEW HAMPSHIRE DEPARTMENT OF MOTOR VEHICLES

(10) CITY OF MANCHESTER, NH

(11) MANCHESTER (NH) POLICE DEPARTMENT

(12) 9th CIRCUIT DISTRICT COURT (NH), MANCHESTER, NH

(13) HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS (dba ~"Valley Street Jail")

(14) MERRIMACK COUNTY (NH) JAIL

(15) CITY OF CONCORD (NH)

(16) CONCORD (NH) POLICE DEPARTMENT

Case Ref.:

COMPLAINT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 2 2 2012

LAWRENCE K. BAERMAN, CLERK
ALBANY

1

(17) 6TH CIRCUIT DISTRICT COURT (NH), CONCORD, NH

(18) STATE OF MASSACHUSETTS

(19) MASSACHUSETTS REGISTRY OF MOTOR VEHICLES

(20) CAMBRIDGE DISTRICT COURT, (~Medford, MA)

(21) MASSACHUSETTS ATTORNEY GENERAL

(22) MIDDLESEX COUNTY (MA) SHERIFF

(23) MIDDLESEX COUNTY (MA) JAIL

(24) BRIDGEWATER HOSPITAL/JAIL, MASSACHUSETTS

(25) WORCESTER STATE HOSPITAL

(26) JENNIFER STAPLES

(27) DANIEL D. MACPHAIL

(28) STATE OF NEW YORK

(29) NEW YORK DEPARTMENT OF MOTOR VEHICLES

(30) NEW YORK STATE ATTORNEY GENERAL

(31) CITY OF NEW YORK, NY

(32) NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE

(33) NEW YORK POLICE DEPARTMENT

(34) BETH ISRAEL HOSPITAL (Manhattan, NY)

(35) NEW YORK PRESBYTERIAN HOSPITAL (Manhattan, NY)

(36) BELLEVUE HOSPITAL (Manhattan, NY)

(37) TOWN OF DEWITT, NY

(38) DEWITT POLICE DEPARTMENT

(39) CITY OF SYRACUSE, NY

(40)  SYRACUSE (NY) POLICE DEPARTMENT

(41)  ONONDAGA COUNTY (NY) SHERIFF

(42)  ONONDAGA COUNTY (NY) DISTRICT ATTORNEY

(43)  GREGORY ARMS APARTMENTS

(44)  "KATHY" PANDELLY

(45)  ST. JOSEPH'S HEALTH & HOSPITAL CENTER (Syracuse, NY)

(46)  DR. ROGER LEVINE

(47)  J. RYAN'S PUB, INC.

(48)  CITY OF BINGHAMTON, NY

(49)  BINGHAMTON (NY) POLICE DEPARTMENT

(50)  BROOME COUNTY (NY) SHERIFF

(51)  REITLER, KAILAS & ROSENBLATT, *LLC* - (Eg) ("RK & R")

(52)  EDWARD REITLER (c/o(?) RK & R, see above)

(53)  LEO KAILAS (c/o(?) RK & R, see above)

(54)  SCOTT ROSENBLATT (c/o(?) RK & R, see above)

(55)  JOHN WATKINS (c/o(?) RK & R, see above)

(56)  HENRY CONLEY

(57)  CATHERINE J. DEBRECENY

(58)  JOHN R. SMITH, III

3

INTRODUCTION

1.     Kevin Eric Smith recognizes that the list of defendants in this initially filed complaint is more than insignificant.  Kevin Eric Smith also recognizes he has not assimilated and has not received all relevant information.  Kevin Eric Smith also does not initially include all defendants and all facts he feels he could in this complaint, one factor contributing to such decision being the length and volume of information and defendants and his inclinations.  Kevin Eric Smith is not particularly enthused, at the least in part and at certain times, at including so long a list of defendants, at least in theory in most circumstances.

2.     Kevin Eric Smith brings this USA "law" court suit against various defendants due, among other reasons and/or sources, to events partially set up by, and somewhat committed by, certain government persons and/or government sponsored persons and/or government related persons and/or government coordinated persons ("*Government Correlated Persons*" or "*GCPs*"). The events relevant to this USA "law" court suit may predate the <u>alleged</u> air "attacks" of 11 September 2001 (A.D. eastern standard time hereinafter presumed for dates unless otherwise denoted) and this complaint includes reference to events on 10/11 September 2001 as well as events before and definitely subsequent to such dates.  Such events are perceived by Kevin Eric Smith to either include or significant probability potentially include as their result the: (a) isolation of Kevin Eric Smith including quite likely attacks on his family members perhaps including his brother Michael Patrick Smith ("*MPS*"), mother Kathleen Cecelia Miller (Muller?) Smith (deceased) ("*KCMS*") and KCMS's parents/family as well as interference with friend and familial relationships of Kevin Eric Smith; (b) imprisonment (in jails/prisons as well as purported "mental health" facilities) of Kevin Eric Smith; (c) multiple physical batteries of

4

Kevin Eric Smith even in a conventional sense (in addition to Targeted Sound, UPVs), such as beating/physical battery/assault of Kevin Eric Smith on multiple occasions (collectively) in Dewitt, NY, Syracuse, NY, Manchester, NH, Concord, NH(?) and perhaps Washington, DC and Manhattan, NY; (d) interception and interference with electronic and very probably regular mail of Kevin Eric Smith; (e) attacks on and compromise of electronic data (including documents, facebook posts) and communications (*e.g.,* emails, regular mail and/or tele/cell phone calls); (f) substantial interference with and/or theft of electronic equipment including but not limited to computers, cell phones, telephones, printers/facsimiles, music players (inclusive of foregoing) and computer/internet accounts; (g) interference with the career and/or potential careers of Kevin Eric Smith including as an Attorney-at-Law ("*A-a-L*") including but not limited to attacks on his work product, interference with/theft from clients and/or clients of business associates (*e.g,* Zini & Associates, P.C./Parmalat S.p.A.), as well as attacks on communications in reference to obtaining and/or attempts to obtain cash flow in exchange for services by, Kevin Eric Smith; (h) interference with other cash flow alternatives(?) of Kevin Eric Smith including investments (see (n) hereof) and/or perhaps development of his own businesses; (i) deployment of Targeted Sound (*e.g.,* UPVs (unidentified/unconventional perceived/projected voices), UPS (unidentified/unconventional perceived/projected sounds) against Kevin Eric Smith and without his consent, sometimes including UTTs (unlicensed thought transfers) to others, such aforementioned (immediately and/or otherwise) completed in manner to torture/battery/steal/psychologically attack Kevin Eric Smith; (j) unconventional listening (microphoning), sound delivery and/or transmission (including but not limited to Targeted Sound, UPV, UTS, UTT) and/or data/item delivery and/or transmission, in/to items residence, locations, items, computers, conversations and/or thoughts, of and/or related to, Kevin Eric

Smith; (k) interference with actions of other A-a-Ls with reference to Kevin Eric Smith in criminal cases including such A-a-L's as Legal Aid Society (Manhattan, NY), Ted Stenuf (Onondaga County, NY), Jennifer Staples (MA) and/or New Hampshire Public Defender (Concord, NH); (l) interference with and delay of attempts by Kevin Eric Smith to coordinate with A-a-Ls in obtaining redress in reference to events herein including criminal and/or civil redress, as well as redress in alleged courts of mental "hygene" and/or mental "health"; (m) interference with cases in courts involving Kevin Eric Smith including Kevin Eric Smith v. Gregory Arms Apartments, Index. No. 2010-00185 SC (Syracuse City Court) and criminal cases such interference by effecting such things as assignment and/or set up of personnel (*e.g.*, jail workers/police/A-a-Ls/judges), effecting Kevin Eric Smith's time and interests, transcripts, documents, evidence presentation, motions; *and/or* (n) attacks on companies in which Kevin Eric Smith held financial stakes, including Adelphia Communications, Charter Communications, Lehman Brothers, Merrill Lynch and/or eventually Bank of America.   Potentially, events relevant to this "law" court suit also likely significantly percentage include the compromise of certain additional individuals, companies and/or persons ("*Affected 3rd Persons*") which events were themselves related to stuff done by, interests of, thoughts of, business conducted by and/or investments owned by, Kevin Eric Smith.   Probably such Affected 3rd Persons including but certainly potentially not limited to Denny's restaurants, Chili's restaurants, Panera's Bread, Comcast, Time Warner Cable, numerous bars/restaurants and companies related to Parmalat S.p.A., Lehman Brothers, Merrill Lynch, Charter Communications, Bank of America and parties doing business with the aforementioned.   This USA court "law" suit also involves the actions of third parties, whether stated by someone as independent of government or not, related to GCP(USA) actions and/or otherwise, such as Reitler, Kailas, & Rosenblatt, Edward Reitler, Leo

Kailas, Scott Rosenblatt, John Watkins, Henry Conley & Catherine Debreceny (the "*Reitler Defendants*"), dba Sunny's Table (Concord, NH), defendant J. Ryan's Pub, sometimes in their defrauding, interfering with (in effect) and/or false imprisonment of Kevin Eric Smith.

JURISDICTION AND/OR FORUM FUR JETZT

This court likely has subject matter jurisdiction to it due to federal questions which are multiple, and pendant jurisdiction over State claims which are also multiple.  There are also percentage facts and/or circumstances/correlations intertwined between federal and State claims and it is projected it is likely federal questions are involved in some State law claims.  This court may have personal jurisdiction to it over many/all of the defendants in some cases on the basis of residence, frequent presence and/or relevant action such as in the case of the Reitler Defendants, J. Ryan's Pub and NYS/NYS subauthority defendants and purported "hospitals" located in NYS. The court has possible jurisdiction over the non-NYS State/subauthority defendants on the basis of their intentional, deliberative and/or consistent collusion and/or cooperation with NYS and/or the federal government which is not only generally true but also likely had an affect/effect in this case in particular.  This court also may have jurisdiction to it based on conflicts between the States themselves and the States and federal government.  This court may have jurisdiction over the purported "hospitals" foreign to NYS, if any, based on: (a) their participation/action as government correlated and specific participation with certain other defendants and/or their affiliates including the federal government; and (b) out of state mental "hygene"/"health" reports and/or enforcement.  The court has jurisdiction over JRS, III, hereinafter defined, due to his purposeful availing himself to the NYPD to forcibly imprison his brother, Kevin Eric Smith, threatening Kevin Eric Smith's balance sheet and reasonable investment backed expectations in the process.

SOME FACTUAL BACKGROUND FOR CLAIMS

3.      On or around 1613 the presumed daughter of "James I," insurgent leader in England, was married to styled "Frederick V" who claimed to be elector of the Palatinate or something similar perhaps.  The latter attempted to control Prague, Czech (common usage at both U.N. and U.N. nations in USAian language circa 2000 presumed herein except where otherwise stated).  On or around 1616 Walter Raleigh may have been involved in an armed conflict with Spanish speaking and/or Spanish human beings in what is presently sometimes referred to as the Americas.  On or around 1618 European time persons were thrown out windows and/or something similar occurred in an area in and/or near what is presently often referred to as Prague, Czech.  That same year, 1618, Walter Raleigh may have been executed.  Walter Raleigh may or may not have been involved in the death and/or imprisonment, for political purposes/goals, of human beings in Ireland (hereinafter "Eire").

4.      On or around 1756 Prussia invaded Saxony and/or in 1783 the insurgents centered in and/or around London, England ("*United Kingdom*") signed a treaty with "revolutionaries" in North America, sometimes referred to as the Treaty of Paris (1783), recognizing that the United Kingdom was no longer exclusive sovereign over parts of North America in part of the east coast of the United States of America.

5.      On or around 1793 King Louis XVI of France and his wife Maria Antonia, originally of Osterreich (and perhaps archduchess thereof) and daughter of the Romisches Deutscher Kaiser and/or at least Kaiser, were both killed by insurgents and/or revolutionaries in France.

6.      On or around 1914 European time certain human beings, perhaps Serbian correlated revolutionaries and/or politically motivated persons, killed Archduke Ferdinand of Osterreich.

7.      On or around the day after Katholik Easter Sunday 1916 Erish/Irish (Eire) volunteers seized parts of Dublin, Eire from the British insurgents, including a post office.

8.      On or around 1917 at the least, war was declared on what was then sometimes referred to as the "German Empire" by the United States of America.  On or around 1918, larger contingents of troops from the United States of America invaded Europe.

9.      On or around March 1918 what was often referred to by USAians as the "German Empire", "Austria-Hungary", "Bulgaria" and the "Ottoman Turks" signed a treaty with bolsheviks in Russia.

10.     On or around 1922 the United Kingdom and Erish/Irish (Eire) persons acknowledged, through a treaty perhaps sometimes referred to as "Articles of Agreement for a Treaty Between Great Britain and Ireland"?, "Free State" status for part of Eire as far as the United Kingdom considered, with some persons eventually taking the position that parts of the north of Eire elected to leave Eire, meaning leave "Eire" as recognized as Free State.

11.     On or around 02 September 1941, the United States of America entered into financial arrangements with Mexico, including a loan and currency stabilization agreement.  On or around 11 September 1941 Franklin Delano Roosevelt may have communicated that the United States of America army and navy had his permission to fire first on the kriegsmarine of Deutschland in international waters, which coincided with a filmed speech by Charles Lindberg of the America First Society.   Also, perhaps on or around 11 September 1941, construction was somewhat formally begun on the Pentagon, Arlington, VA.

12.     KCMS was born on or around 04 May, 1942, the oldest of eight children, of Helen Torrey Miller and Donald Paul Miller, as far as I am aware.  Kevin Eric Smith's recollection is that Donald Paul Miller was involved in the United States of America Marine Corps and that one

of his brothers, at least, was involved in some type of working with the U.S. federal government for a significant amount of time and may have at/for some time lived in northern Virginia.

13.     On or around 1945 the Soviet Union armed forces helped to occupy parts of Deutschland with at least the practical assistance of the United Kingdom and United States of America. Such occupation continued until around 1990 even in a more formal sense. The United States of America, French revolutionaries and/or United Kingdom also occupied parts of Deutschland to some until 1955, to others perhaps somewhat to this present day (2012).

14.     In the late 1940s the United Kingdom recognized that certain portions of Eire in the south were not part of their insurgent kingdom while continuing to claim dominion over parts of the north of Eire.

15.     Kevin Eric Smith was born in Raleigh, NC, USA, 13 Oktober 1970, and has seen a copy of a certificate indicating he was baptized Roman Katholik, perhaps in a church in North Carolina known as St. Raphael's. His parents, John R. Smith, II and KCMS as far as Kevin Eric Smith is aware, graduates of Collegium Sanctae Crucis and New Rochelle respectfully, were in Uxbridge, MA, USA when they separated eventually leading to a divorce/annulment. Probably as a result, Kevin Eric Smith attended Maine Memorial elementary school for 4th "grade" in/of the Maine-Endwell school district and in/of West Genesee school district for 5th through 12th "grade", both districts within New York State.

16.     KCMS was working at the Gap stores and her transfer to Fairmount Fair was a significant factor in her family moving to Camillus, NY. Eventually, KCMS took class(es) at Onondaga Community College related to computer/network/systems operations and/or something similar. This encouraged Mutual of New York ("*MONY*") to work with her, paying her money in exchange for computer/network/systems related services and/or some similar services/things.

KCMS's father Donald Paul Miller (Muller?) and other family members worked with International Business Machines ("*IBM*") for a time. Eventually, the computer/network/systems operations which KCMS worked with at MONY were "outsourced" to Computer Sciences Corporation ("*CSC*").    CSC then paid KCMS money in exchange for her computer/network/system services. CSC eventually moved work assignments for KCMS to the Richmond, VA, USA area, near where her eldest son, John R. Smith, III ("*JRS III*") resided. Kevin Eric Smith suspects, but is not certain yet, that his mother's work product may have been attacked toward the end of her career. Kevin Eric Smith suspects attacks on his mother (KCMS) may have contributed significantly to her lack of security, isolation and/or deterioration of health, and/or perhaps her death as well.

17.    At some point, Kevin Eric Smith may have commented on some oily looking rock-like stuff while at a basketball tournament in Marcellus, NY, USA (to play basketball), his precise recollection potential/accuracy being very uncertain at this time. As part of a conflict which may have included Kevin Eric Smith and Jay Woythal of the West Genesee high school basketball team, varsity basketball coach John Zagata was not permitted to continue as head coach for the 1987-1988 basketball season. Jay Woythal ended up playing lacrosse with Kevin Eric Smith's brothers at the University of Virginia. Kevin Eric Smith was left to walk on to Collegium Sanctae Crucis lacrosse team.

18.    Immediately before attending college at Collegium Sanctae Crucis in the Fall of 1988, Kevin Eric Smith was in an automobile accident after driving his then friend Richard Chad Forsythe, also of Camillus, NY, USA, to Green Lakes Park, allegedly for a meeting up with restaurant personnel. Kevin Eric Smith had stolen an amount of cash and condoms from CVS and its customers shortly before such accident in 1988.

19.     In his senior year of college (1991-1992) plaintiff Kevin Eric Smith: (a) was hearing what he thought were "voices" from an identified source (in retrospect quite possibly Targeted Sound, UPVs) during the Fall semester (1991); and (b) received notice from Georgetown University Law Center that his personal statement and/or essay was allegedly missing from his application. Although he applied to seven other law schools outside of the Washington, DC, USA area no other school made such a claim as to missing documents that was effectively communicated to him. Kevin Eric Smith replaced such personal statement letter to Georgetown University, in the course of which he may or may not have corrected a spelling error, which if existing may or may not have been placed in such document by a third party. **[draft of this sentence may have been hacked – KES corrected possible hack 12 Mai 2012]**

20.     Kevin Eric Smith did not have a full-time consistent A-a-L work affiliation with law firms, other than through temporary agencies (if applicable), until 1997 when he accepted a position working with Galland, Kharasch et. al. in Washington, DC, USA.  Not obtaining a similar position was in part a reason for Kevin Eric Smith obtaining a LL.M. in tax degree in 1997 from Georgetown University, having obtained a J.D. from such school in 1995.

21.     Kevin Eric Smith at some point was a member of the Libertarian Party and often accented his middle finger in a sole upward direction while driving by the White House of the United States of America while William Jefferson Clinton was alleged President of such claimed government/territory ("USA").

22.     Kevin Eric Smith accepted an association with a law firm then known as Gilbert, Segall & Young in Manhattan, NY, USA and started working with them at their offices around December 1999.  On 31 December 1999, after spending the night out on 30 December 1999, Kevin Eric Smith felt extraordinarily "hung over", which he felt was at variance with past

consumption/reaction patterns for him at such time. Kevin Eric Smith discovered www.infirmation.com associate posting boards around this time and at some point posted pursuant to the moniker "St.Pat" (no space). In moving to Manhattan, NY, USA from the Washington, DC USA area, Kevin Eric Smith may have incurred and/or still had outstanding, two (2) speeding tickets issued by Maryland, USA (and/or a subdivision thereof), dating perhaps from 1999 and/or earlier.

23.    After working with Gilbert, Segall & Young for a period shorter than a year, a Mr. Mark Stone, also a tax service provider working with the firm, suggested that Kevin Eric Smith should/had to leave the firm. There was minimal information to the contrary, but some only perhaps, subsequent to this communication.

24.    Kevin Eric Smith saw an advertisement for Brock Silverstein law firm on www.infirmation.com, and shortly after obtained a position working with such law firm. Kevin Eric Smith started his work with such firm (and/or successor firms) on 08 August 2000.

25.    In November of 2000, Kevin Eric Smith visited Berlin and Hamburg, presently sometimes presumed to be part of the so stated "Bundes Republik Deutschland" ("*BRD*"). In what is sometimes referred to as the "Spring" of 2001, Kevin Eric Smith visited Reino de Espana ("*ESP*") and his passport went missing for the first time while in Valencia, ESP. Beginning in November of 2001, Kevin Eric Smith visited Köln, in what is so stated to be part of BRD, and Paris, France, and flew in and out of an airport at or near Frankfurt am Main, also purported by some to be part of BRD.

26.    On or around 1998 or 1999, Mr. Edward Reitler, having not made partner, member and/or similar position at two previous law firms, joined a law firm then known as either Brock Silverstein LLC and/or a firm with a name partner and/or member Charlie Brock (prior to the

forced elimination of Charlie Brock as a partner and/or member to some, such firm referred to as the "*Brock Firm*").

27.    On or around 1999 Mr. Scott Rosenblatt, a fellow associate of Edward Reitler's from the law firm then known as ~Howard, Darby & Levin joined the Brock Firm.  Mr. Rosenblatt likewise did not have an alternative opportunity for partnership and/or membership at a similarly situated and/or larger law firm in the business field and/or a better opportunity in some other field at a Manhattan law firm.  Charlie Brock and/or the Brock Firm provided both Mr. Rosenblatt and Mr. Reitler with such opportunity.

28.    On or around February of 2000 Mr. Leo Kailas joined the Brock Firm.

29.    In the summer of 2000 three new associates were recruited to the Brock Firm, including the plaintiff, Kevin Eric Smith, presently residing nowhere somewhat permanently but recently sort of temporarily at Cadillac Motel, 502 Chestnut St., #221, Manchester, NH 03101, likely to be eventually residing at a somewhat permanent residence if not dead.  Kevin Eric Smith was interviewed by Edward Reitler, Scott Rosenblatt and Leo Kailas among others, and was given his offer of an A-a-L relationship by Mr. Charlie Brock, then the managing and/or senior member of the Brock Firm.  Such offer included US$110,000 per annum to start, and perhaps the representation but in any event statement(s) by Charlie Brock related to a very likely increase in such base amount soon thereafter to correlate more with what they perceived as competing firms and consideration for "partnership" and/or "membership" (*e.g.*, equity interest) at the end of 2001. During the interview process between the Brock Firm and Kevin Eric Smith, as well as during ongoing discussions while Kevin Eric Smith worked with the Brock Firm and/or the firm (or successor firm) subsequent to Charlie Brock's elimination, if any (the "*Reitler Firm*") the potential membership/partnership and consideration paid to Kevin Eric Smith were mentioned.

It was represented to Kevin Eric Smith by the Brock Firm and/or Reitler Firm (collectively) that Kevin Eric Smith would be permitted without significant negative interference and/or consequences: (a) to continue to engage with the Brock Firm/Reitler Firm with possibly positive probable future development, the continuation of the relationship between Kevin Eric Smith and such Brock Firm/Reitler Firm, including but not limited to probable "partnership" and/or "membership" (*e.g.,* equity interest); and/or (b) development of Kevin Eric Smith working as a business lawyer and/or person in correlation with the Brock Firm and/or Reitler Firm (as well as tax lawyer/consultant). The potential of such occurring were a significant part Kevin Eric Smith perceived as his utility in working at the Brock Firm and/or the Reitler Firm.

30.    Kevin Eric Smith was also the primary tax A-a-L working primarily at and/or with the Brock Firm and/or Reitler Firm from 08 August 2000 through at least immediately before 14/15 February 2002, at least internally, and was to be such very probably until at least an additional tax A-a-L and/or consultant was brought into significant relations with the Brock Firm and/or Reitler Firm. It was projected by Kevin Eric Smith that it was quite possible/likely any such relation with additional personnel of that type would likely be the result of consultation with and/or requiring the approval of Kevin Eric Smith, at the least prior to a November 2001 discussion Kevin Eric Smith had with Edward Reitler. While Kevin Eric Smith was not that familiar with the division of profits, losses, assets and/or liabilities among members and/or partners at the Brock Firm and/or Reitler Firm, it is possible that being a business as well as tax member and/or partner would/could substantially increase his income eventually and in any event was sort of an item bargained for by Kevin Eric Smith to an extent.

31.    With the help of a friend from Europa Kevin Eric Smith brought a relatively large and not insignificant client to the Brock Firm and/or Reitler Firm in terms of business operations and/or

profile (if not revenue to such law firm(s)) while Kevin Eric Smith was still listed/considered an associate with the Brock Firm and/or Reitler Firm. In part, but naturally only in part, Kevin Eric Smith flew to Valencia, ESP to speak at his own expense for purposes including the development of his relationship with Stefano Mechelli, an arguable A-a-L in Italia and "New York State". Another purpose of the trip was also to go on vacation.

32.     While in ESP around the "Spring" of 2001, Kevin Eric Smith very probably left a voicemail and/or email for Edward Reitler making fun a little bit of some other associates and the preferences given to them by Mr. Reitler and likely the Brock Firm and/or Reitler Firm, at least in practice with intent by Mr. Reitler and/or perhaps others. Upon Kevin Eric Smith's return from ESP, Mr. Reitler and/or Mr. Rosenblatt started acting, likely intentionally, differently toward Kevin Eric Smith without discussing much of anything with him related thereto or even discussing much of anything else of import. Eventually Kevin Eric Smith went to Mr. Rosenblatt to inquire about what was occurring and Mr. Reitler and/or Mr. Rosenblatt, perhaps after the two (2) were withholding work, especially business work. Edward Reitler and Scott Rosenblatt then discussed the matter of the above referenced voicemail and/or email with Kevin Eric Smith.

33.     Edward Reitler, and perhaps one or two other members of the Brock Firm and/or Reitler Firm, including Leo Silverstein, never intended to let Kevin Eric Smith develop his own business practice as represented (or at least without interference), preferring instead that Kevin Eric Smith eventually be a member and/or partner practicing exclusively/substantially tax (to the extent not already "partner" in a certain "common law" sense, perhaps with set distribution of moneys). Despite this "Reitler Brown (et. al.?)" and/or certain partners and/or members (*e.g.,* Edward Reitler and Scott Rosenblatt) represented to Kevin Eric Smith, explicitly and/or implicitly with

intent, that he would be permitted to continue to develop and/or do both general corporate/business, as well as tax work. Kevin Eric Smith may have relied on this deception and/or representation of others to an extent in possibly accepting a correlated relationship with the Brock Firm and/or Reitler Firm, at least in part, though he possessed suspicions. Such reliance also contributed to Kevin Eric Smith not searching as extensively for cash flow elsewhere and/or considering other business options with more deliberation and/or intent as he would otherwise and also possibly in staying and working with the Brock Firm and/or Reitler Firm, at the least either longer than he would and/or pursuant to different understandings and/or circumstances. Kevin Eric Smith felt that if given the opportunity as represented by such persons he would gain experience and perhaps connections and/or reputation that would permit him to obtain cash flow and/or utility in fields he considered to his preference parameters, such as (but not limited to) working as a corporate/business and/or tax A-a-L at a law firm and/or in-house with a company and/or perhaps in the field of energy.

34.     Kevin Eric Smith started work with the Reitler Firm and/or Brock Firm on 08 August 2000. John Watkins joined the Brock Firm soon thereafter. On 08 August 2000 Leo Kailas and Edward Reitler informed Kevin Eric Smith that Charlie Brock had been and/or would be removed as a member and/or partner of the Brock Firm. Kevin Eric Smith was told this perhaps over lunch. This was done: (a) in quite possible violation of the terms agreed to by the members and/or partners deciding to take over the Brock Firm and/or Reitler Firm; (b) in quite possible violation of promises made to Mr. Brock by certain persons at Brock Firm and/or Reitler Firm; and (c) in quite possible violation of Mr. Brock's property and/or contract rights.

35.     An arbitration (the "*Brock Firm Arbitration*") ensued between Charlie Brock on the one hand and, at least in interest, most or all of the other members of the Brock Firm and/or Reitler

Firm on the other, or so Kevin Eric Smith was probably informed. During the course of the Brock Firm Arbitration there had been what some might consider "unprofessional" incidences committed by the members and/or partners of the Brock Firm and/or Reitler Firm against Charlie Brock, perhaps also by others who worked regularly with such firm (*e.g.,* "associates"). This included a threat of physical violence from one of the members of the Brock Firm and/or Reitler Firm against Charlie Brock and claims that Charlie Brock had stolen funds from the Brock Firm as well as overt and somewhat unreasonable attempts to exclude Charlie Brock from the leased space and files of such firm very possibly in excess of such excluders right to exclude Mr. Brock. It should also be noted, given previous litigation between some of the "Reitler Defendants" (Reitler, Kailas & Rosenblatt LLC, Edward Reitler, Leo Kailas, Scott Rosenblatt, John Watkins, Henry Conley and Catherine J. Debreceny) and Kevin Eric Smith and something Kevin Eric Smith heard that jokes were made at Mr. Brock's expense, though Kevin Eric Smith does not include analogous events directed toward him as an element of his claim (if remaining outside bankruptcy).

36.     During the Brock Arbitration Scott Rosenblatt approached Kevin Eric Smith <u>twice</u> in attempts to convince Kevin Eric Smith to testify against Charlie Brock for sexual harassment. This was done twice despite the fact that Kevin Eric Smith informed Scott Rosenblatt that he did not feel necessarily harassed the first time Scott Rosenblatt asked him, and despite the fact that Kevin Eric Smith is not himself either a bisexual or homosexual. Scott Rosenblatt suggested Kevin Eric Smith speak to their (the Brock Firm and/or Reitler Firm) A-a-L despite this and Kevin Eric Smith communicated he did not have a problem speaking with such A-a-L but that nonetheless he did not necessarily feel sexually harassed by Charlie Brock and/or something that may lead to the conclusion that it may not inure to their arbitration side's benefit. The second

18

approach itself, as well as the demeanor, tone and/or manner of Scott Rosenblatt during this second request likely further communicated to Kevin Eric Smith that Scott Rosenblatt wanted Kevin Eric Smith to testify against Charlie Brock in a certain manner despite what Kevin Eric Smith had told Scott Rosenblatt and perhaps regardless of the truth. Kevin Eric Smith raised concerns with other associates around such time about this second approach, including John Watkins and Catherine Debreceny. Kevin Eric Smith did feel minor discomfort at one point with Charlie Brock, but was clear in his communication with Mr. Scott Rosenblatt, at least to Kevin Eric Smith, that he did not feel it was something that should be relevant to any litigation. Given the absurd nature of sexual harassment claims and alleged "law", Kevin Eric Smith cannot be 100% sure if Charlie Brock could be considered by some meglomaniac such as a 2000/2001 USA judge or arbiter of such disputes, that "sexual harassment" "occurred". Kevin Eric Smith's fairly solid analysis, nonetheless, was that there would be no sexual harassment finding necessarily by most judges and/or arbiters of such disputes and definitively not preferred such matter be actionable by him, Kevin Eric Smith.

37.    Based on reasonably calculated analysis, Kevin Eric Smith believes it is likely Edward Reitler had discussions with and/or signaled Scott Rosenblatt encouraging the production of certain evidence that was not consistent with the truth as commonly perceived and/or at the least not consistent with a full disclosure of the truth, which production some of those who were then opposing Charlie Brock in the Brock Arbitration would intend to deploy to facilitate their takeover of the Brock Firm and/or Reitler Firm. The persons (*e.g.,* members and/or "partners") taking over the Brock Firm and/or Reitler Firm accomplished such takeover by utilizing false premises, unethical tactics and/or false pretenses. Members and/or partners of the Brock Firm and/or Reitler Firm, including Edward Reitler specifically, made misrepresentations to clients

(*e.g.,* regarding whom started the firm and/or the history of the Brock Firm and/or Reitler Firm). Such persons taking over the Brock Firm and/or Reitler Firm did not have the requisite client base, skills and/or experience to successfully operate a similarly situated Manhattan law firm (based on a precise cash flow/balance sheet presumption) and/or deal with the associated presumed requisite ethical responsibility and/or financial overhead without externalizing costs to others (*e.g.,* externalization including stealing), including stealing very probably from Kevin Eric Smith. The offices at the Brock Firm/Reitler Firm were somewhat well-appointed for a law firm of its age and/or cash flow expectations especially when weighting more the limited client revenue then existing for current members of the Brock Firm and/or Reitler Firm, excluding Charlie Brock.

38.    On 10/11 September 2001 Eastern Standard Time ("est") plaintiff Kevin Eric Smith was at Elaine's bar on Manhattan island, spoke very briefly with an actor from USAians films Christopher McDonald or someone who looked very much like him, and gestured at two (2) persons he basically profiled as "spooks" and/or government enforcement employees and/or other GCPs of some sort.   Later in time while in his apartment of 310 E. 89th St., Apt. 1W, Manhattan, Kevin Eric Smith sent an email (as displayed) to a congressperson which email was prompted by comments he saw on C-Span 2 regarding probably subsidized abortion. The first draft of this email at least might be considered more directly to connect her proposed actions with an increase in the probability of violent results. Kevin Eric Smith is not presently in possession of an easily accessible copy of this email. Kevin Eric Smith did not, at such time, regularly send emails to Congresspersons.

39.    On and/or around 11 September 2001 est aircraft were steered into certain buildings in Manhattan, New York and/or Arlington, Virginia and/or crashed in a field in Pennsylvania.

Many persons have been killed by GCPs either acting in conjunction with and/or possibly without represented apparent and/or actual authority of certain governments (again, common usage at both U.N. and U.N. nations presumed herein except where otherwise stated) in the New York City area and elsewhere in the world.   Such governments include the United States of America and could include certain States such as New York and Arizona.  Such killings have resulted in illegal deaths (even to USAian governments) and deception and both of those very probably facilitating false imprisonment, massive stealing by USA GCPs and very probably the federal government of the United States of America itself.  Moreover, tactics used against Kevin Eric Smith ("*Attack KES Tactics*") and others for some time are likely systemically used by USA GCPs to steal (including intellectual property), battery, falsely imprison and kill, and sometimes to rape.  There is also massive and systemic deception by the USA GCPs related to this alone.

40.    Kevin Eric Smith was alerted to the aforereferenced steering aircraft issues on 11 September 2001 via the receipt of a tele/cell phone call from his Stepmother's brother Steven Siedenberg.  Such tele/cell phone call occurred within a few minutes, perhaps less than one (1) minute, of when Kevin Eric Smith would have otherwise left his apartment at 310 E. 89th St., Apt. 1W for work in midtown Manhattan at the Brock Firm/Reitler Firm.  In fact, Kevin Eric Smith's recollection is that the cell/ tele phone call immediately previously referenced was related to a phone ring that began within seconds of the time he was otherwise going to pick up such phone and then immediately after head out of his apartment for work.

41.    Before and after 11 September 2001 est persons have been killed by GCPs which are related to these events and perhaps, the events particular to Kevin Eric Smith.

42.    While perhaps insufficient to fully compensate Charlie Brock based on what had occurred, the Brock Firm and/or Reitler Firm was ordered to pay a not insignificant sum to

Charlie Brock following the Brock Firm Arbitration, perhaps at least relative to most cash flow based fair market values relevant at the time to the Brock Firm/Reitler Firm. The business of the Brock Firm and/or Reitler Firm, considered together successively if applicable, perhaps slowed substantially from the time subsequent to December 2000 through the date of Kevin Eric Smith no longer working in conjunction with the Brock Firm/Reitler Firm (February 2002). The members and/or "partners" who had taken over the Brock Firm and/or Reitler Firm did not have the clients, experience and/or competence to operate a law firm with the operations and goals of the Brock Firm and/or Reitler Firm in the location situated and be consistent with the representations made and internalization of costs that were ethical to internalize, at least in the circumstances created by their actions. Members of, and/or "partners" of, and/or workers with (*e.g.,* associates) the Brock Firm and/or Reitler Firm used deception to obtain and/or control more cash and/or property costing clients and fellow A-a-L with their misrepresentations and/or deceptions as they attempted to keep operating in their then offices and/or obtain and/or control such cash and/or property. Such costs included preferences, options as well as free time and money, directly and indirectly. In one case Edward Reitler may have improperly used his influence to obtain funds for persons attempting to become significantly funded venture capitalists, such persons at some point perhaps managing Silicon Alley Seed Investors ("*SASI*"). Subsequently the Brock Firm and/or Reitler Firm received legal fees from SASI. In any event Edward Reitler may have improperly facilitated a deception on the part of SASI's managers, Joshua Grotstein and George Abraham.

43.    Kevin Eric Smith performed adequately in his work correlation with the Brock Firm/Reitler Firm, especially in relation to certain other A-a-L working in correlation with such firm(s). The one disclosed "formal" review Kevin Eric Smith received from Brock Firm/Reitler

Firm was extremely favorable. Nonetheless, Edward Reitler at least mostly, and perhaps other members at other times, did not intend to permit the Brock Firm and/or Reitler Firm to operate in a manner that would fulfill its obligations and/or representations to Kevin Eric Smith, or at least operate efficiently in relation to Kevin Eric Smith for Kevin Eric Smith's preferences, including options.

44.      Edward Reitler had difficulty dealing with Kevin Eric Smith due to certain aspects of Edward Reitler's personality and/or ego. The Reitler Firm was not fulfilling its obligations and/or representations to Kevin Eric Smith, for example undermining Kevin Eric Smith's attempts to develop as corporate and/or business member and delaying Kevin Eric Smith's consideration for equity "membership" until 2003 without either sufficient excuse or rationale within its obligations and/or representations to Kevin Eric Smith in part probably because of a decision to elevate Amos Edelman, who was allegedly Jewish, not as competent and whom attempted to direct blame on an attempt at tax fraud and/or something similar at Kevin Eric Smith. In fact, Kevin Eric Smith had tried to dissuade and stop Amos Edelman with reference to such attempt once the issue was brought to Kevin Eric Smith's attention. Amos Edelman subsequently attempted to deflect blame, at least in part, toward Kevin Eric Smith even though Kevin Eric Smith attempted to dissuade him from what was in substantial probability, a fraudulent position. Ray Mantle, a member of the Reitler Firm at the time, caught Mr. Edelman in this deception. The Brock Firm/the Reitler Firm never represented to Kevin Eric Smith that there would be ethnic and/or religious discrimination against Katholik A-a-Ls of European descent as perceived in the United States of America. Kevin Eric Smith presumed there would not be but did not elaborate a position of his own in formal written position paper directed primarily to the Brock Firm and/or Reitler Firm.

45.     The family of defendant John Watkins, once a Katholik, has sued the Roman Katholik Church previously for significant funds and Mr. Watkin's wife had an abortion. Based on this Kevin Eric Smith believes John Watkins was perhaps not a practicing a Katholik and perhaps not in communion with the Roman Katholik Church.

46.     In August 2001 Heather Ann Thomas ("*HAT*"), a woman Kevin Eric Smith knew in Washington, DC, moved to the State of Maine, United States of America from Washington, DC and sometime around then joined the law firm of Verrill Dana in the State of Maine. On and/or around 23 November 2001, HAT published an article entitled, "Anti-terrorist law puts business privacy at risk." Soon after Kevin Eric Smith received a telephone call from the area code where this law office was located HAT was emailed by Kevin Eric Smith. Soon after this, HAT may have left the law firm of Verrill Dana, or at least disappeared from the Verrill Dana website.

47.     During and/or before November 2001 (most likely November 2001) Kevin Eric Smith met with a Stephen Tucker who was formerly but not then in the United States of America armed forces.    Kevin Eric Smith and Stephen Tucker discussed certain business matters and subsequently engaged in certain business development attempts for a certain company.

48.     Given the events at the Brock Firm/Reitler Firm and other factors, in November 2001 Kevin Eric Smith spoke with Edward Reitler about a suggestion for possible reduced hours for Kevin Eric Smith with an adjustment for reduced pay and a probable exit from his working with the Brock Firm/Reitler Firm offices. Kevin Eric Smith also stated his probable intention to leave the Brock Firm/Reitler Firm and estimated his departure date around 30 June 2002, though this was only a rough estimate. Edward Reitler may have responded that he would very much like notice before Kevin Eric Smith left and Kevin Eric Smith responded that he too would like

24

and/or require notice and that matters might not else be settled if such notice was not given, at least was a recollection.  In this manner the Brock Firm/Reitler Firm could retain their only substantial tax A-a-L and Kevin Eric Smith could obtain the time more efficient for him to find appropriate cash flow alternatives and/or etc…consistent with such Kevin Eric Smith statements. For example, based on the demand side issues perceived as prevalent by Kevin Eric Smith and probably existing in the United States of America A-a-L market at the time, and in Manhattan, it would affect Kevin Eric Smith's cash flow offers and/or law firm situations if he were not working significantly with a law firm while seeking such alternatives.

49.    Subsequent to Kevin Eric Smith's approach to Edward Reitler in November 2001 for reducing expected or at least somewhat required hours at the office and prior to the termination of Kevin Eric Smith's correlation with reference to work with the Brock Firm/Reitler Firm, Edward Reitler approached Kevin Eric Smith and communicated to him, quite likely not for the first time, that Kevin Eric Smith would eventually be a "partner" and suggested, at the least implicitly, that Kevin Eric Smith come back to work in correlation with the Brock Firm/Reitler Firm at what one might consider more of a "full-time" basis.  During this period, however, it was apparent to Kevin Eric Smith that the Brock Firm/Reitler Firm was very probably in financial difficulty.  In either November or December of 2001 Edward Reitler also suggested to Kevin Eric Smith, at the least inferentially/implicitly, that, despite any earlier agreements and/or representations, the correlated work relationship among Kevin Eric Smith and the Brock Firm/Reitler Firm might be terminated due to a lack of near term cash flow work and probably the financial difficulty that the Brock Firm/Reitler Firm was then experiencing.  Given Edward Reitler's history of behavior, however, Kevin Eric Smith suspected it might be a signal from Edward Reitler to Kevin Eric Smith to come back to work full-time or otherwise to assent to

Edward Reitler or the correlated relationship among Kevin Eric Smith and the Brock Firm/Reitler Firm, regardless of earlier agreements and/or representations.

50.     Kevin Eric Smith and an "associate" at the Brock Firm and/or Reitler Firm, Catherine Debreceny, had a mutual sexual and romantic interest in each another most likely. This was communicated to others, at the least by Kevin Eric Smith, and indirectly to each other Kevin Eric Smith believes. Catherine Debreceny was married pursuant to secular law and was not a citizen of the United States of America. Kevin Eric Smith was very probably baptized Roman Katholik and primarily raised as a Roman Katholik. Kevin Eric Smith's mother KCMS had a divorce she did not always necessarily like and a difficult and/or time-consuming experience sometimes after this raising her four male children as a single parent. Kevin Eric Smith for this and perhaps other reasons had a wait-and-see attitude and did not enter into a sexual and/or dating relationship with Catherine Debreceny despite the probable mutual interest and Ms. Debreceny's likely intentions to the contrary. Kevin Eric Smith did not enter into either a sexual or a formal romantic relationship with Catherine Debreceny because she was married at least pursuant to secular law. Kevin Eric Smith believes Catherine Debreceny very likely might have left her "husband" for Kevin Eric Smith, and Kevin Eric Smith very likely would have married Catherine Debreceny if it was permitted by the Katholik Church, had Kevin Eric Smith decided otherwise.

51.     At a Brock Firm/Reitler Firm outing to a bar Joshua Grotstein, a manager at an eventual client that may have been projected to be important to the Brock Firm/Reitler Firm generally and Edward Reitler in particular, SASI, approached Catherine Debreceny from behind and placed his hand on her buttocks. The manner in which this was done suggested Joshua Grotstein did so without much notice to her. Kevin Eric Smith stared at Joshua Grotstein with an annoyed look on his face for a brief time. Catherine Debreceny looked back, perhaps at Kevin Eric Smith, and

removed Joshua Grotstein's hand. Edward Reitler was at the same bar that night and gave a displeased look at Kevin Eric Smith as he passed him to leave the bar, as recalled by Kevin Eric Smith at some point time.

52.      At a morning meeting with managers, employees, representatives, agents and/or other proxies of a client of the Brock Firm/Reitler Firm, Energy Development Limited (and/or related entity(ies), hereinafter referred to as "*EDL*") (such individuals "*EDLP*"), Kevin Eric Smith was present with Edward Reitler, Catherine Debreceny, Brock Firm/Reitler Firm "associate" Kim Lefkowitz and likely two (2) EDLP. Catherine Debreceny was observed by Kevin Eric Smith and seemed extraordinarily uncomfortable at such meeting. On a different day during a conference telephone call, Edward Reitler and one of such EDLPs (at least one) shared a joke about sexual relations. Kevin Eric Smith has reason to believe something had occurred involving Catherine Debreceny related to EDLP involving non-legal/business issues as represented to the community by the Brock Firm/Reitler Firm.

53.      While Catherine Debreceny performed little to no Australian legal work for even this client (EDL) through the date of Kevin Eric Smith's departure, EDL may have been a primary source for the Brock Firm/Reitler Firm through such date for whom appropriate "services" to a related company would have counted toward those services which were represented to qualify Catherine Debreceny for residence pursuant to her immigration status. EDL was also perhaps a significant revenue source. Catherine Debreceny did not likely perform the requisite services to qualify for residence pursuant to her visa while working with the Brock Firm/Reitler Firm despite the likely unethical representations to the contrary of the Brock Firm/Reitler Firm and perhaps the wife of Scott Rosenblatt, which wife was possibly an immigration A-a-L.

54.    Edward Reitler attempted to obtain economic rents for the Brock Firm/Reitler Firm and himself from Catherine Debreceny's sexual attributes.    Catherine Debreceny did not give informed consent to this arrangement perhaps, at least complete informed consent to this arrangement and at least not prior to her being hired.    Edward Reitler and possibly the Brock Firm/Reitler Firm likely deployed fraud to attempt to obtain such economic rents.

55.    Kevin Eric Smith told the human being he was perhaps closest to at the Brock Firm/Reitler Firm, John Watkins, that he would go "crazy" if he ever found out Catherine Debreceny was pregnant.    Kevin Eric Smith meant that if he was still working in correlation with the Brock Firm and/or Reitler Firm at the time, the stress might be too much to bear without some type of stress and perhaps related events, given the finality it would represent in respect of any potential relationship between Kevin Eric Smith and Catherine Debreceny.    Kevin Eric Smith also communicated at the least inferentially/implicitly to John Watkins, then a member at the Brock Firm/Reitler Firm, that if he were not allowed to leave his substantial correlation with the Brock Firm/Reitler Firm in the manner he basically negotiated that he would take action against Edward Reitler and/or the Brock Firm/Reitler Firm.

56.    The Brock Firm/Reitler Firm refused to fulfill "Charlie's" (Brock) promise to consider Kevin Eric Smith for membership in their equity sharing at the relevant firm(s) around the end of 2001.    Kevin Eric Smith then conveyed that 2002 would be a potentially agreeable substitute despite the delay.    Edward Reitler insisted that Kevin Eric Smith not be formally reviewed for membership until the end of 2003. John Watkins, when asked by Kevin Eric Smith what should determine when he would be considered for membership, agreed it should be whatever they tell you when you agree to terms with them.    Edward Reitler, and perhaps one or two other equity members of the Brock Firm/Reitler Firm, also took steps to ensure that Kevin Eric Smith be

manipulated and/or cornered into eventually practicing only or substantially only tax law. This was despite the fact that the primary equity member of the Brock Firm/Reitler Firm Kevin Eric Smith worked for in the corporate and business field, Scott Rosenblatt, may have thought Kevin Eric Smith was progressing well in such field(s) and was superior in skills to, for example, Kim Lefkowitz, Amos Edelman and Charles Torres, who practiced substantially more and/or mostly in such corporate and/or business field. Kim Lefkowitz, Amos Edelman and/or Charles Torres had all committed significant errors potentially amounting to serious errors according to some A-a-L while Kevin Eric Smith worked in significant correlation with the Brock Firm/Reitler Firm.

57.     Kevin Eric Smith was referred to in jokes at the Brock Firm/Reitler Firm about the "SS" and "Boys from Brazil". As one whom opposes political socialism, including national secularized socialism, and is of partial Deutsch/Dutch heritage, these comments were offensive and were considered to be stupid to Kevin Eric Smith. Kevin Eric Smith was also referred to by Edward Reitler as an alcoholic in some sense, even though Kevin Eric Smith did not let alcohol and/or the consumption thereof impair/mitigate his work/economic accrual/obligations fulfillment effectiveness for the Brock Firm/Reitler Firm to any degree significant enough for his "work" product to not be superior to those of other associates. This was also not inconsistent with any negotiated term with the Brock Firm/Reitler Firm and Kevin Eric Smith often enjoyed drinking sometimes with fellow Brock Firm/Reitler Firm and often without. Also, John Watkins made a habit of drinking virtually every day but was not similarly and significantly labeled to authorities, associates and/or clients. Then associate and current member Amos Edelamn consumed pills and/or spent hours smoking cigarettes virtually every day he was at the offices of the Brock Firm/Reitler Firm, at least while Kevin Eric Smith worked at such offices, and did so during working hours. Moreover, such pills were sitting right on Mr. Amos Edelman's desk.

58.    During the weeks immediately preceding 19 February 2002, Edward Reitler approached

Kevin Eric Smith and referenced upcoming work, which was not usual for him in the manner in

which he executed it.  Also during such weeks Edward Reitler made comments slighting the

work of Stefano Mechelli, an Italian lawyer and friend of Kevin Eric Smith who had facilitated

business for the Brock Firm/Reitler Firm and worked with the Brock Firm/Reitler Firm.  Edward

Reitler also approached Kevin Eric Smith which may have been a set-up pursuant to such that

Kevin Eric Smith would either agree to work his previous presumptive amount approximately or,

in the absence of such agreement and/or similar adjustment, be provoked until leaving the Brock

Firm/Reitler Firm sooner rather than consistent with the terms honestly communicated

previously.  Edward Reitler was careful in the manner in which he literally verbalized which may

have been so that, despite the truth, he and the Brock Firm/Reitler Firm could take a false

position that they had not provoked Kevin Eric Smith in reference to his potential departure.

59.    On 14 February 2002, Valentine's Day to some, the Brock Firm/Reitler Firm initiated

and/or concluded the drafting/filing of a lawsuit against Charlie Brock, Leo Kailas signing the

verification.  That same evening an article was intentionally left outside the office of Kevin Eric

Smith.  It is quite probable that Edward Reitler and certain other members of the Brock

Firm/Reitler Firm intended to deal with those they perceived as in their way of their complete

domination of the Brock Firm/Reitler Firm subsequent to their perceived takeover from Charlie

Brock as managing member.  The article left outside Kevin Eric Smith's office was about the

citizenship and/or residence rights accruing to babies born to foreign nationals within the United

States of America.  Kevin Eric Smith interpreted this to be an article that may have been printed

for the consumption of Catherine Debreceny and that she was, or was soon to try to be, pregnant

and wanted any offspring to be eligible for United States of America citizenship and/or residence. This article was perhaps left outside Kevin Eric Smith's office to create a fraudulent impression that would provoke Kevin Eric Smith into action and/or a decision. This was possibly intended to provide the Brock Firm/Reitler Firm a basis to either incent Kevin Eric Smith to, for example, either work on the terms as mutually understood prior to November 2001 or result in his agreeing to stop working in substantial correlation with the Brock Firm/Reitler Firm at a date and/or on terms more agreeable to such Brock Firm/Reitler Firm.

60.    Kevin Eric Smith was very stressed by the article and potential fraud and in a manner upset by the possibility of the pregnancy of Catherine Debreceny, as well as the broken agreements and/or promises and/or other disingenuous and/or unethical actions of Edward Reitler and the Brock Firm/Reitler Firm. Subsequently, Kevin Eric Smith telephoned Edward Reitler's work telephone and voiced his frustration in reference to work issues on or around the early morning of 15 February 2002. This was at the beginning of a four (4) day weekend for Kevin Eric Smith during which Kevin Eric Smith emailed Edward Reitler with a re-confirmation of the date he estimated he would depart the Brock Firm/Reitler Firm, 30 June 2002. Upon his return to the office Kevin Eric Smith's substantially correlated work relationship with the Brock Firm/Reitler Firm was terminated by the Brock Firm/Reitler Firm with Scott Rosenblatt referring to an earlier termination date hypothesis for purposes of unemployment insurance so that Kevin Eric Smith could maximize unemployment benefits. At that time Kevin Eric Smith alluded to legal and/or other action he might take against Edward Reitler.

61.    Kevin Eric Smith was both extremely frustrated by what had occurred professionally and somewhat relieved emotionally when his substantial work correlation relationship with the Brock Firm/Reiter Firm terminated. Kevin Eric Smith was frustrated because he had told the Brock

Firm/Reitler Firm the truth and given them notice of his eventual likely to probable eventual departure so that both parties could agree to the arrangement they entered into and/or plan appropriately. Kevin Eric Smith had done this significantly to settle matters despite the previous possible fraud, ethnic and/or religious disparagement and/or unethical behavior of certain members of the Brock Firm and/or Reitler Firm, though given Kevin Eric Smith's inclination as a libertarian including his respect for the rights of individuals and property, in the absence of the appointment of a trustee such as in bankruptcy, he clearly did not and does not through this lawsuit sue on the basis of the disparagement outside of fraud, contract and false imprisonment.

62.    Kevin Eric Smith was somewhat emotionally relieved in the termination of his relationship with Brock Firm/Reitler Firm because he assumed Catherine Debreceny might become/was pregnant, based on one of the deceptions of one or more of the Reitler Defendants perhaps, and in any event feeling that this should resolve any uncertainty about a potential relationship with her and/or at least mean he did not have to observe her frequently if at all. Kevin Eric Smith may not have been so relieved by his leaving the Brock Firm/Reitler Firm had he known Catherine Debreceny was not pregnant, if she was not. Certain Reitler Defendants may have wanted Kevin Eric Smith to think Catherine Debreceny was pregnant on the same date they were going forward with their lawsuit against Charlie Brock to force Kevin Eric Smith to either stay with the Brock Firm/Reitler Firm on different terms they would amend and/or agree to or to rationalize and/or justify Kevin Eric Smith's immediate and/or eventual departure on terms they might prefer and/or rather agree with.    Once again, this occurred on what some consider "Valentine's Day", 14 February, 2002.

63.    Late that night or early the next morning 14/15 February 2002 left rhetorical, sarcastic and/or ironic voicemails for Edward Reitler to voice his opinion about certain events at the

Brock Firm/Reitler Firm. Kevin Eric Smith would have preferred to continue pursuant to the settlement agreement of November 2001 with the Brock Firm/Reitler Firm, especially if there was no immediately pending pregnancy of Catherine Debreceny. This would allow Kevin Eric Smith to continue to gain experience, earn cash, pay his bills and/or student loans with more leeway, obtain more exposure to potential clients, gain time to look more extensively for his next opportunities and/or avoid misconceptions about the bargaining positions of the Brock Firm/Reitler Firm and Kevin Eric Smith as between them. Kevin Eric Smith possibly had much more difficulty and/or was otherwise more restricted at least in general conventional terms due to his separation from substantial correlation of work with the Brock Firm/Reitler Firm.

64.    Kevin Eric Smith was refused permission to come to the office and obtain his belongings at the Brock Firm/Reitler Firm subsequent to his termination. Scott Rosenblatt and other members of the Brock Firm/Reitler Firm had, without written consent, copied documents from other law firms, brought them to the Brock Firm/Reitler Firm and used them for commercial exploitation. Kevin Eric Smith likewise brought certain documents without written consent from other law firms. Kevin Eric Smith has claimed joint ownership in all documents he worked with while at the Brock Firm/Reitler Firm, if any, and he has not received copies of those documents and/or certain documents he brought to the Brock Firm/Reitler Firm. The Brock Firm/Reitler Firm has to this day retained such documents as well as other property of Kevin Eric Smith without providing copies of such documents. The Brock Firm/Reitler Firm does not have the right to deprive Kevin Eric Smith of such documents and/or property.

65.    After being denied access to the documents and property which he had a right to have access to, Kevin Eric Smith explicitly and/or implicitly threatened a lawsuit in an email to the Brock Firm/Reitler Firm despite Kevin Eric Smith's extreme aversion to lawsuits at such time

and his reluctance to bring one in spite of the actions of the Brock Firm/Reitler Firm and its members. Soon thereafter but some weeks after telephone calls directly between Edward Reitler and Kevin Eric Smith (through Brock Firm/Reitler Firm voicemail) the New York Police Department ("*NYPD*") arrived at Kevin Eric Smith's home to arrest him on misdemeanor charges related to the phone calls placed to the Brock Firm/Reitler Firm voicemail assigned to Edward Reitler, according to NYPD and perhaps indirectly/directly the New York County District Attorney.

66.    Inconsistent with Scott Rosenblatt's earlier comments in reference to unemployment insurance at the time the Brock Firm/Reitler Firm notified Kevin Eric Smith of their request to terminate substantial correlation with him (Kevin Eric Smith) in reference to work (*e.g.*, that he not work at the Brock Firm/Reitler Firm offices and/or receive regular cash payments for such work) the Brock Firm/Reitler Firm opposed the receipt of unemployment insurance payments for Kevin Eric Smith subsequent to the explicit and/or implicit threat of a lawsuit by Kevin Eric Smith and at least until Leo Kailas stood before a New York State Supreme Court judge and told her that they were no longer opposing such unemployment insurance, such change of position likely part of an attempt to obtain an injunction in a lawsuit some/one of the Reitler Defendants brought. The Brock Firm/Reitler Firm also threatened Kevin Eric Smith's career by claiming he had an untruth in stating lack of work was one of many possible reasons for the justification of the termination of his working at the offices of and in substantial correlation with the Brock Firm/Reitler Firm. This was despite the comments made by Edward Reitler to Kevin Eric Smith referred to earlier about keeping people around given the revenue environment at the Brock Firm/Reitler Firm. The Brock Firm/Reitler Firm also forwarded to Kevin Eric Smith a possibly severely edited and self-serving version of a transcript of voicemail(s) to the New York State

unemployment insurance personnel.  At a hearing on or around 25 March (Marz) 2003[1] in a tortuous interference case, to the extent such a claim exists in a system of justice or otherwise, member Leo Kailas represented to Supreme Court justice Carol Edmead that the Brock Firm/Reitler Firm was no longer opposing Kevin Eric Smith's unemployment insurance claim. Kevin Eric Smith's likely correct analysis at the time was that Leo Kailas did this with the hopes that Judge Edmead would rely on such representations which, according to an initial opinion and her statements at the time, she did.  Despite this, Leo Kailas sent a letter to the Unemployment Insurance Appeals Board ("*UIAB*") opposing Kevin Eric Smith's unemployment benefits, dated 10 October (Oktober) 2003, which itself contained outright falsehoods.  A ruling denying an unemployment insurance payout to Kevin Eric Smith was issued by the UIAB which was dated 06 November 2003.  After such ruling had issued, Leo Kailas purported to withdraw the Brock Firm/Reitler Firm's opposition to such unemployment insurance payout to Kevin Eric Smith in a letter dated 14 November 2003 and sent a letter to Justice Carol Edmead attempting to excuse himself for his misrepresentations and/or inconsistent positions to New York State.  In this manner the Brock Firm/Reitler Firm and Leo Kailas, in conjunction with other members of the Brock Firm/Reitler Firm, hoped to financially and otherwise pressure Kevin Eric Smith and threaten his career while simultaneously not be held accountable for the misrepresentation(s) and/or falsehood(s) conveyed to New York State.

67.     The transcript of such hearing of around 25 March (Marz) 2003 was also probably not completely accurate.  This transcript inaccuracy is probably the result of surveillance of and attacks on Kevin Eric Smith, probably by GCPs.  The probable errors were noticed at the time by

---

[1]  Given the situation I shall perhaps check this date and likely others for accuracy later.  My dokuments (sp-de), including this one, are subject to somewhat consistent attack and I am displaced.

Kevin Eric Smith though he has much more awareness at this time of the probable activities of GCPs and in any event third parties who are consistently attacking him.

68.     Also while residing in Manhattan, New York, Kevin Eric Smith had purchased a printer/scan/copy/fax machine, probably a Compaq.   When Kevin Eric Smith tried to fax a document to Eire it did not work for some reason that was not clear based on the observations. Subsequently there were further issues with such Compaq printer/copier/fax/scanner including an inability to make copies is Kevin Eric Smith's recollection.   It is likely such Compaq's functionality was attacked by GCPs, which was to occur with later similar machines such as a Canon purchased and attempted to be utilized by Kevin Eric Smith, for example but not limited to, on 17 January (Januar) 2012 the morning of the day Kevin Eric Smith was arrested for no justifiable reason walking down Main Street in Concord, NH.

69.     Also while residing in Manhattan, New York, Kevin Eric Smith regularly withdrew US$200 or similar amounts (US$220?) from his account.   Perhaps twice, Kevin Eric Smith noticed additional withdrawls from his account, which if true and conducted by GCPs, means they stole US$400 or excess thereof from such Chase checking account while Kevin Eric Smith was being tortured/battered and otherwise attacked in Manhattan, New York.   This likely occurred around 2003-2005, perhaps 2004-2005.

70.     As of the date of the filing of this complaint Kevin Eric Smith has still not received the unemployment insurance payout to which he was likely entitled, as far as he is aware.   After a good deal of time spent and a little expense, Kevin Eric Smith processed his appeal to the Appellate Division, Third Department, which based on the UIAB ruling, the actions of and record created by the Brock Firm/Reitler Firm and/or members of such firm and/or other

deference without it being due as well as other factors such as practical limitations and/or perhaps experience of Kevin Eric Smith, upheld the UIAB ruling.

71.     In early 2003 the Brock Firm/Reitler Firm filed a lawsuit against Kevin Eric Smith for "tortuous interference" in the Supreme Court for New York County. *See*, NY Index No. 102989-03(?).   After the initial hearing during such lawsuit and in conjunction with a false and misleading affidavit of Edward Reitler, Leo Kailas approached Kevin Eric Smith with might have been an offer to settle what Kevin Eric Smith interpreted as any potential lawsuits between the two (2) and the pending criminal charges together at virtually no cost to Kevin Eric Smith. Kevin Eric Smith refused.  Such an offer, if existing, was unethical to Kevin Eric Smith. *See, e.g.,* N.Y. Code of Professional Responsibility, DR 7-105.  While there were numerous errors in the process of this lawsuit there is no entered and final order issuing any relief for the Brock Firm/Reitler Firm, though there is an opinion which itself contains numerous errors.  This is at least what Kevin Eric Smith failed to see when he reviewed the file(s).  Despite this, in order to create the impression that there was such an order the Brock Firm/Reitler Firm forwarded an unentered order to the New York County's District Attorney's office with the intent to create a misleading and/or false impression with such office and Criminal Court of New York County, at least based on the information available to Kevin Eric Smith.  Such deception may have contributed to Kevin Eric Smith's extraordinary bail of US$50,000 in 2004 which bail contributed to his extended incarceration without conviction.  Kevin Eric Smith is not a bail expert but at the time the Legal Aid Society communicated to him that the court did not (at the least generally) go above US$25,000 bail for misdemeanor accusations.  Kevin Eric Smith believes such bail and at least one of the related cases against him were motivated by his personal email communications referencing "Hitler" and other items in relation to Deutsch and

recent history.  Such was done in <u>blatant violation</u> of Kevin Eric Smith's right to free speech, equal protection of the laws, due process rights, etc… as well as in defiance of logic and right to trial before being punished.

72.     Kevin Eric Smith was arrested perhaps three (3) times and spent months in New York City/State jail for merely communicating with the Reitler Defendants.  Such jail time was facilitated by complaints by some and/or all the Reitler Defendants made to: (a) keep Kevin Eric Smith quiet; (b) create false impression and/or preclude the flow of information to retain relationships, impressions, clients and/or assets that the Reitler Defendants did not have a right to so retain; (c) retaliate against Kevin Eric Smith; (d) preclude Kevin Eric Smith from being able to assert rights; and/or (e) obtain detriments against Kevin Eric Smith including but not limited to with reference to his career, balance sheet and/or freedom, to use against Kevin Eric Smith or otherwise, which detriments the Reitler Defendants did not have a right to obtain.

73.     At one point while working with at the Brock Firm/Reitler Firm, Kevin Eric Smith may have heard Targeted Sound (roughly unconventional sound directed at a point time, often without consent, such as when a person perceives "hearing" things they cannot necessarily source) and perceived his sound thoughts and/or himself as being the subject of unconventional communication.  Such unconventional communication was perceived as including staff and perhaps historical color epiderm issues allegedly prevalent in USA society and history.

74.     Somewhere around the months of February (Februar), March (Marz) and/or April of 2002, Kevin Eric Smith received a telecommunication about Charlie Brock.  At the time, Kevin Eric Smith felt this was not necessarily normal, so much so that he grabbed his passport and went to the corner diner on 89th Street and 2nd Ave in Manhattan, New York perhaps/likely in part to try and decipher if he was the subject of surveillance and/or attacks.  Kevin Eric Smith also

received a phone call from an area code which turned out to include Portland, Maine around this time.  Such phone call prompted Kevin Eric Smith to look up the place of area code and then conduct an internet search for HAT, even though he had not recently been searching much for HAT, the phone call prompting such search.  According to the internet, it appeared HAT might happen to be working in Portland, ME.  Given that Kevin Eric Smith guessed right on what to search for after such call, he suspects such guesswork to be more than a lucky coincidence.

75.     In the months following Kevin Eric Smith ceasing his regular correlated work with the Reitler Defendants some of the family of Kevin Eric Smith perhaps planned to be with their mother, KCMS, on her 60th birthday 04 May (Mai) 2002.  Around this time, however, KCMS was the subject of a serious illness (perhaps alleged infection) which according to some put her life in significant percentage jeopardy.  Around this time Kevin Eric Smith was also pursuing options with a business which may have been a set-up and/or had its activities controlled by GCPs, Space Management Systems ("*SMS*").  Kevin Eric Smith was introduced to SMS by Stephen Tucker, a former Army officer/pilot, who had spent time in jail after being convicted on what some consider sex crime(s).  In retrospect, it is uncertain whether such conviction(s) of Stephen Tucker were set-up and/or controlled.

76.     In late July of 2002 Kevin Eric Smith started working in substantial correlation with a law firm, Zini & Associates, P.C.  Such substantial correlation work ended in January of 2004 when Kevin Eric Smith was told in January of 2004 that his services would no longer be immediately purchased.  This occurred amidst a large and widely reported financial investigation by Italian and New York City officials.  Such investigation(s) ostensibly significantly involved companies including Parmalat S.p.A., an Italian company, and/or related entities.

77.     Within weeks/days of starting work at Zini & Associates, P.C., Kevin Eric Smith

received notice for grand jury service and therefore spent much of one of his first months, perhaps during his first full month of work with Zini & Associates, P.C., responding to grand jury duty.  In retrospect, Kevin Eric Smith suspects this may not have been a coincidence that such notice occurred almost the exact same time as starting a new job.

78.    Kevin Eric Smith started hearing Targeted Sound on a somewhat consistent or at least more regular basis starting in or around December (Dezember) of 2002.  As alluded to earlier, however, this was not likely the first time Kevin Eric Smith had heard Targeted Sound.  In part as a result of hearing Targeted Sound, and perhaps in part as a result of other anamolous events such as computer attacks, Kevin Eric Smith started being detained on the basis of mental "health" around this time.  Kevin Eric Smith would be imprisoned in alleged "hospitals" well over ten (10) times, perhaps increasing to close to twenty (20) or more times, in alleged "hospital" and/or "medical" facilities, pursuant to insurance fraud and/or otherwise, starting around December (Dezember) 2002.

79.    While working at Zini & Associates, P.C. Kevin Eric Smith perceived the altering of digital documents, including the "filing" of such digital documents on the computer systems of Zini & Associates, P.C..  On the same day that Kevin Eric Smith was substantially increasing his percentage analysis that such had occurred, his brother MPS called him at the office which was not occurring every day and when Kevin Eric Smith left the Park Avenue offices of Zini & Associates, P.C. for the day a car stopped in front of him and someone leaned out of the vehicle and asked him (Kevin Eric Smith) to get in the vehicle.  It is also possible that agreements jointly worked on by Kevin Eric Smith and the Cayman Islands law firm of Maples & Calder that were of some psychological importance to Kevin Eric Smith, were attacked.

80.    New York City officials had executed a warrant at the offices of Zini & Associates, P.C. on or around 31 December (Dezember) 2003 so Kevin Eric Smith heard.  Kevin Eric Smith was told on or around 04 January (Januar) of 2004 that his services would no longer be immediately purchased.  The firm of  Zini & Associates, P.C. perhaps officially ceased every day New York operations (or at least closed the office) in February (Februar) 2004.  After Kevin Eric Smith's working in substantial correlation with Zini & Associates, P.C. terminated, Gian Paolo Zini at some point listed his office with Martindale Hubbell as being at 666 Third Avenue, New York, NY, perhaps the same/similar address as the New York City office of a law firm sometimes referred to as Mintz Levin.  Kevin Eric Smith stopped by 666 Third Avenue, New York, NY at some point to personally leave documents.

81.    At some point, while Kevin Eric Smith was in jail <u>ostensibly</u> for merely communicating by email with some of the Reitler Defendants, Mary Beth Anderson of the Legal Aid Society communicated a question about entities related to Parmalat S.p.A. while representing that my detention was not related to such.  Moreover, Kevin Eric Smith was arrested while at the offices of Zini & Associates, P.C. to pick up his things.  The NYPD was at such Zini & Associates, P.C. offices at the time and communicated Kevin Eric Smith was being arrested for violating a protection order.  Kevin Eric Smith informed such NYPD they were in fact mistaken, and there was no such violation of protection order.  Some minutes after being so informed, the NYPD changed their story and instead <u>ostensibly</u> arrested Kevin Eric Smith for harassment/aggravated harassment/stalking or some similar non-crime.

82.    While Kevin Eric Smith was at Riker's Island jail facility a guard got out of his seat in the law library at Riker's Island jail and was kicking an inmate.  Such inmate was in some minor dispute regarding the use of the library with such guard.  Kevin Eric Smith stood up, and perhaps

communicated for the guard to stop or something similar. Kevin Eric Smith did not touch such guard. Immediately after such incident Kevin Eric Smith was separated out and pounded a little bit against a wall by a Riker's Island guard. Kevin Eric Smith was then brought down to a separate holding area and, despite multiple attempts to track his items, lost his library papers in the process. Kevin Eric Smith's recollection is that there were some falsehoods and/or actions inconsistent with Riker's Island policy that may have occurred when Kevin Eric Smith tried to retrieve such papers.

83.     Kevin Eric Smith spent months in jail at Riker's Island related to the charges prosecuted by New York County alone which Kevin Eric Smith was never convicted of and which did not include any felony charges. New York County and its District Attorney offices did not provide Kevin Eric Smith all relevant evidence to his defenses, despite some of the cases continuing for some time. This includes evidence of the surveillance of Kevin Eric Smith and also the targeting of Kevin Eric Smith by GCPs. It also includes likely evidence related to the motives, statements and/or actions of the Reitler Defendants. Depending on what the New York County District Attorney knew and when, numerous detriments to Kevin Eric Smith including those mentioned herein and perhaps even those related to the detentions of Kevin Eric Smith while he was still residing in Manhattan, were the result of their failure to: (a) provide information timely (which they still have refused to provide); and (b) arraign/prosecute those responsible for crimes in Manhattan, New York, including those related to illegal activities correlated to "surveillance", Targeted Sound, microphoning/transmission, set-ups and also related to Kevin Eric Smith, or request such arraignment/prosecution of the same.

84.     Justin Paul Caulfield, who was assigned to the cases in which Kevin Eric Smith was a defendant against New York County perhaps as part of a national security operation and/or GCP

operation, eventually went to work for the Arkin Group soon after leaving the New York County District Attorney's office. Such Arkin Group was partially owned/operated by a former head of worldwide operations for the Central Intelligence Agency ("*CIA*"). Justin Paul Caulfield, subsequent to leaving his working substantially with the Arkin Group, went to work eventually with the Israeli Development Bank, at least according to data on the internet.

85.     At some point while charges were still pending against Kevin Eric Smith and he was still residing in Manhattan, New York, Kevin Eric Smith attempted to file/send Notice of Claims related to claims against government and government correlated entities. Such Notice of Claims were interfered with and Kevin Eric Smith went personally down to an office in Manhattan that may have had some information to attempt to mitigate the damage caused by such interference. Such incidences similar to this would occur repeatedly in the years to come, such as the events related to Kevin Eric Smith going to the North Syracuse, New York Department of Motor Vehicles ("DMV") office in 2010 to get his vision restriction on his driver's license removed. This would cause much stress and lead to much costs as well as delay Kevin Eric Smith a great deal, for example, by costing time in attempting to correct the interference and dealing with a loss of a driver's license which ostensibly was not related to any moving violations. Kevin Eric Smith nonetheless eventually filed a lawsuit while still residing in Manhattan, New York and then dismissed the lawsuit after being removed to upstate New York, such dismissal by Kevin Eric Smith without prejudice and done in part due to practical restraints such as location and moneys available.

86.     Kevin Eric Smith would be somewhat consistently attacked by Targeted Sound from late 2002 until immediately before and/or around his removal from living in liberty on Manhattan island, in the latter months of 2005. During such time Kevin Eric Smith was falsely imprisoned

in mental "health"/"hygene" facilities in Manhattan without criminal charge including in buildings operated by defendants Beth Israel "Hospital", New York Presbyterian "Hospital" and Bellevue "Hospital" (the *Manhattan Mental Hygene Defendants*"). The Manhattan Mental Hygene Defendants billed Kevin Eric Smith and/or insurance companies for his false detentions, obtaining funds as a result while committing fraud pretending to provide "health" services. The use of forced detention of Kevin Eric Smith, without more, was the operation of stealing, fraud and false imprisonment against Kevin Eric Smith by such Manhattan Mental Hygene Defendants. Moreover, even if it was not such by virtue of the statutes and such Manhattan Mental Hygene Defendants operations generally, it was such stealing, fraud and false imprisonment with reference to Kevin Eric Smith individually, who is organically more mentally healthy than the majority of the general population.

87.    Kevin Eric Smith was repeatedly denied business at bars and perhaps other establishments in Manhattan, in a manner that likely exceeded any unimpeded rate of denial of service. Moreover, it appeared that some of these denials were not necessarily related to any incident at bars Kevin Eric Smith had previously visited without incident. Especially in retrospect, but even back while still residing in Manhattan around 2005, perhaps or not 2004, it seems probable that GCPs were involved in the denial of service to Kevin Eric Smith by such bars and other establishments in Manhattan, NY. In addition, Kevin Eric Smith was somewhat significantly beaten at least twice right after exiting two establishments in Manhattan, New York, "Proof" and the "Lyric Diner", and such beatings are quite likely also the result of set ups by GCPs.

88.    In such latter months of 2005 Kevin Eric Smith was once again detained against his will at a mental "health" or "hygene" facility, this time Bellevue "Hospital", for several months. At

Bellevue "Hospital" Kevin Eric Smith was told he could not leave, was not given access to his things and/or evidence and was eventually drugged pursuant to threat of violence if he refused to take such drugs, every day.  After being at Bellevue "Hospital" for some amount of such latter months of 2005 perhaps (or not) until the very beginning of 2006, Kevin Eric Smith was basically given an option to either be removed to an apartment at Gregory Arms Apartments in Dewitt, NY ("*GAA*") or be long-term committed to mental "health"/"hygene" facilities.  Such apartment was obtained initially by his family in an upstate New York County, Onondaga.  As blatantly criminal as giving this alternative choice was by the "hospital" (Bellevue) is even pursuant to the presumptions of the mental "health"/"hygene" operations at the time in New York State, Kevin Eric Smith was not sure how long he would lose if so committed, or even for sure whether he would ever be free again.  Kevin Eric Smith is also not aware how Bellevue "Hospital" thought it was rational that if I went to live by myself in an apartment in Onondaga County I was not a danger to anyone and/or myself, but that somehow if I did not live in such an apartment by myself I was so dangerous that they thought it was rational, and to some morons justified if I was so dangerous, to lock me up indefinitely without criminal charge.  While so locked up the mental "health"/"hygene" frauds would presumably be billing my time to me and/or my insurance companies thereby practically ensuring I had little-to-much less incentive to ever work if such mental "health" /"hygene" system was to continue.  The State of New York **purported** to subject me to an Assisted Outpatient Treatment order ("AOT") when I was released, without ever having been criminally convicted related thereto, from Bellevue "Hospital".

89.    After release from Bellevue "Hospital" Kevin Eric Smith was removed to an apartment in Dewitt, NY where he was subjected to AOT threat and met with persons repeatedly as a result of

such AOT threat.  Kevin Eric Smith was also drugged against his unthreatened consent as a result of such AOT threat in 1996 and perhaps through some of 1997.

90.     Throughout 1997 or around then, Kevin Eric Smith distributed resumes and had some interviews (in person, phone) with entities for service positions for which he would be paid for working with such entities.  Toward the end of 1997, perhaps in November, Kevin Eric Smith ad an initial interview with a law firm known by the name of Gravel & Shea in Burlington, VT. Prior to such initial Gravel & Shea interview, Kevin Eric Smith reviewed some information on the internet in reference to getting to Burlington, VT by car, and cannot be certain if it was accurate.  Despite this and starting from Dewitt, NY by automobile with some extra time, Kevin Eric Smith did not arrive in Burlington, VT until about the time of the start of such initial interview, getting a little lost while driving to such interview despite such internet review.

91.     At such initial interview with Gravel & Shea a few items were mentioned that caused Kevin Eric Smith to think again about what had occurred, perhaps the A-a-L's other indicia such as body language contributing to such recall and/or thinking.  This included mention of Reitler Brown (aka the Brock Firm/Reitler Firm) and Washington, DC by A-a-L with whom Kevin Eric Smith interviewed.   While driving in Vermont and/or New Hampshire after such initial interview, Kevin Eric Smith started to concentrate again on what had occurred on and after 10/11 September 2001 and sound thought "oh no".

92.     On the way back from such initial interview Kevin Eric Smith was intercepted by police and once again "hospitalized"/imprisoned in or around Troy, New York with the purported justification being mental "health"/"hygene".  This was the first time Kevin Eric Smith was forcibly "hospitalized"/imprisoned since Bellevue in the latter months of 1995, perhaps or not until January (Januar) 1996.  Kevin Eric Smith was also forcibly "hospitalized"/imprisoned

against his consent soon after getting back to Dewitt, New York from such initial interview. Kevin Eric Smith was to be forcibly "hospitalized"/imprisoned additional times by the Dewitt police until his move from Dewitt, New York to Syracuse, New York in 2009. This included a forcible "hospitalization"/imprisonment by Kevin Eric Smith from Holy Cross Church in Dewitt, New York: (a) immediately after being physically hurt (battered?) by Dewitt, NY police at GAA; and (b) the day after being told by Dewitt, NY police he had to leave a restaurant on election night 2008 without ever hearing from staff that he had to leave.

93.    At another point, Dewitt NY police threatened Kevin Eric Smith with either arrest or mental "health" imprisonment unless he got in a police car and was driven a few yards to GAA. This occurred immediately after Kevin Eric Smith had walked around the Jewish Community Center in Dewitt, New York and said something. Such harassment by police was likely incented by untoward motives including the violation of Kevin Eric Smith's freedoms such as freedom of speech and liberty. During the course of such conversation of Kevin Eric Smith with Dewitt, New York police one police worker, perhaps/perhaps not a Mr. Baumann, threatened to put Kevin Eric Smith's face in the ground and another got in Kevin Eric Smith's face/body within an inch/inches, to Kevin Eric Smith threatening him with body language and State color of authority. Kevin Eric Smith responded to the latter with a joke about Kevin Eric Smith not being a homosexual, stating ~"dude I'm not gay".

94.    Kevin Eric Smith was also "hospitalized"/imprisoned in 2009 perhaps twice in connection with action by GAA. This occurred after, likely the day of but perhaps the day after, Kevin Eric Smith's window was broken by third parties in an attack on his GAA apartment, and likely an attack on Kevin Eric Smith. Kevin Eric Smith had a BRD flag hanging in such window.

95.    Despite such attack and the Targeted Sound, false imprisonment and other attacks on Kevin Eric Smith, Dewitt, NY police have notified Kevin Eric Smith of no arraignments to date of persons responsible for crimes committed against Kevin Eric Smith.   While being so "hospitalized"/imprisoned against his will that time, Kevin Eric Smith was removed from his apartment at GAA despite paying rent repeatedly.   After Kevin Eric Smith's release the GAA agent whom Kevin Eric Smith dealt with, perhaps William Pandelly, actually asked Kevin Eric Smith for rent for the period of time (month) Kevin Eric Smith was affirmatively locked out of his apartment by GAA.    GAA also, despite locking Kevin Eric Smith out without sufficient notice, according to their implied and/or express terms perhaps, refused to refund the security deposit.   A small claims case regarding the security deposit was brought by Kevin Eric Smith against GAA and was heard on or around 04 May (Mai) 2010, despite a request by Kevin Eric Smith for a continuance.   There was a lease renewal missing at the time of such hearing and in any event errors were committed by such court.   Such case was appealed and presently in a state of dismissal, perhaps rationalized by lack of action in the case.   Kevin Eric Smith is moving for the consolidation of that case with this case.

96.    At some point while still residing in Dewitt, NY, the Dewitt, NY police not only illegally incented/initiated Kevin Eric Smith's removal from restaurants, including Panera's and Tokyo Seoul Restaurant (the latter and perhaps both on "election day" 2008), but ticketed Kevin Eric Smith for two (2) alleged violations.   This included a trespass at the Panera's where the Dewitt police had perhaps caused the interference in commercial relationship and in any event which was not notified to Kevin Eric Smith by anyone working with Panera's at the time.   Such trespass was also inconsistent with what had actually last occurred between Kevin Eric Smith and Panera's and its workers directly at such location at such time.   The Dewitt, New York

police also harassed Kevin Eric Smith in the manner in which they shadowed him while driving and in stopping him while he was walking home from a bar, in addition to the illegal "hospitalizations"/imprisonments. Such harassment may have been related to speech and the ethnicity/purported religion of Kevin Eric Smith, and in any event was illegal. Such harassment and the interference with Kevin Eric Smith conducting business with numerous restaurants, such as Denny's, TGIFs, Applebees, Panera's, Dark Horse Tavern and Tokyo Seoul was also very possibly not only the result of illegal and/or other activity of the Dewitt, NY police but also persons set up by GCPs and/or other actions by GCPs, such as CIA, NSA and/or CIA/NSA functional equivalents.

97.    Kevin Eric Smith was also arrested by police and/or the Onondaga County Sheriff while at Fayetteville Town Centre, Fayetteville, New York. Such arrest occurred immediately after Kevin Eric Smith had stated in such parking lot, ~"Deutschland wins, America loses". The police attempted to question Kevin Eric Smith before arresting him, and Kevin Eric Smith did not agree to such questioning. The police therefore arrested him and charged him. After being put in a police car, the car door was opened and Kevin Eric Smith was asked a question about Hitler. Kevin Eric Smith was wearing a "Deutschland" jacket at the time. Such arrest and subsequent charges were motivated by Kevin Eric Smith's jacket, speech and comments as well as his asserting his rights when initially stopped. After reaching the Justice Center, right after flicking a sock into the air after a guard requested he (Kevin Eric Smith) remove such sock, such guard grabbed Kevin Eric Smith's head and pounded it into a very hard wall, likely cement or something similar. The charges involved were later dismissed.

98.    After moving into Syracuse, New York in the first half of 2009, Kevin Eric Smith was again arrested/arraigned by Syracuse, NY police four (4) times. Twice this was immediately

after Kevin Eric Smith engaged in body action one might use if they possessed a rifle and were preparing to deploy it. Such arrests/arraignments may have been primarily motivated by this and even otherwise may have been in violation of Kevin Eric Smith's rights once again. After reaching the Syracuse Justice Center after one of the arrests, Kevin Eric Smith head was again beaten, this time into a hard floor in a separate cell. His shirt was taken and he was left shirtless for a while, perhaps until some other guard decided to get him clothed.

99.     Another of such arrests by the Syracuse, NY police occurred in Armory Square where Kevin Eric Smith was standing outside a bar, the Blue Tusk perhaps, and not in front of the doorway. A worker with such bar then bothered him, and the police arrived to arrest/arraign Kevin Eric Smith in likely support of such Armory Square bar and its commercial interests and falsely. Kevin Eric Smith's thumb was bent backwards on purpose with the intent on causing injury/pain by the arresting officer, while and/or immediately after Kevin Eric Smith was being handcuffed while standing still. This caused pain/discomfort in such thumb, perhaps the left one, for some weeks after such as while tossing an American football to himself.

100.    A fourth such detainment and then arrest occurred in Kevin Eric Smith's apartment and porch which he had access to when a Syracuse police officer again twisted Kevin Eric Smith's arm and later falsely charged Kevin Eric Smith, including with resisting arrest. The resisting charge was made even though the police officers had Kevin Eric Smith face down with a police worker foot in his back when Kevin Eric Smith was told he was being arrested. Moreover, two Syracuse police workers (at least) were apparently making jokes at Kevin Eric Smith's expense at the time, or at least attempting to. This arrest/arraignment occurred after the Syracuse fire department and police department entered Kevin Eric Smith's apartment without his permission and without a warrant. There was some spaghetti burning that night of which Kevin Eric Smith

was already aware and tending to after getting home from barhopping.   <u>Earlier that day</u> Kevin

Eric Smith was in court in Syracuse, NY with reference to previous arrest(s) and specifically told

the judge ~~"they are just going to arrest me again".

101.    All charges related to the four (4) arrests by the Syracuse police department were

eventually dismissed, but Kevin Eric Smith has yet to hear of any arraignments of persons for

crimes in which he or KCMS or family were the victim while in Onondaga County, including

computer attacks, Targeted Sound torture, surveillance/transmission thereof and battery etc….

Kevin Eric Smith specifically hand delivered documents pertinent to crimes being committed to

the courts of Syracuse, NY, the New York Attorney General's office of Syracuse, Syracuse

police internal affairs and the United States Secret Service office in Syracuse, NY while he was

there.   Kevin Eric Smith also delivered documents to numerous other authorities outside

Onondaga County, New York.

102.    While at the jail in downtown Syracuse, New York, perhaps the Onondaga County

Justice Center run by the Onondaga County Sheriff, Kevin Eric Smith not only had his head

beaten into a hard substance, perhaps cement, for no justifiable reason, by workers with such

facility, but also had his money transferred to bank cards without his consent.  Kevin Eric Smith

has not even withdrawn an equivalent amount of money from such cards yet and in any event

such transfers are illegal and were without his consent to either associate with such bank(s) or

engage in such transactions.   The courts issued no orders with specific findings permitting such

transfers of Kevin Eric Smith's federal reserve credits to bank cards.  The moneys were never

condemned or otherwise officially expropriated by the persons who caused such moneys to be

transferred to Kevin Eric Smith's knowledge.  Such action is not only without sufficient reason

and not justified, it has the effect of often punishing the arrested person often without trial and/or

conviction and in any event above and beyond what the actual sentence is. In this case, Kevin Eric Smith did not have his cash readily available upon leaving the detainment, had to associate with and use a bank card, may have had any associated collateral amounts subjected to the purported creditors of himself or such bank or others, and now is years later while being displaced in part by GCPs, still without immediate access to some of the funds he had when he was arrested. **[Document closed without action by Kevin Eric Smith, likely by third party hacker, while trying to save immediately after writing this paragraph].**

103.    After Kevin Eric Smith no longer stayed overnight regularly at GAA he eventually moved into an apartment at 504 McBride St., Syracuse, NY, Apt. ~#3. In the period in between his residence at GAA and moving completely into such McBride St. apartment Kevin Eric Smith stayed at a hotel on Eire Boulevard and incurred costs despite GAA asking him for rent for this period during which Kevin Eric Smith was generally told he was not permitted to stay at GAA and could not gain access whenever he wanted. The utility bill at 504 McBride St., Apt. 3 was in Kevin Eric Smith's name and Kevin Eric Smith set the heat very low. A few times at least the heat was again set high and Kevin Eric Smith received a very large utility bill from the vendor National Grid, which may have even been additionally increased by GCPs. Also while at such McBride St. apartment there was an issue where Kevin Eric Smith may or may not have used a check by mistake from an older account. Given what is occurring Kevin Eric Smith cannot be certain. Kevin Eric Smith's female landlord then said things that made it seem she wanted me to pay her an extra month's rent even though I had immediately satisfied the back rent with another check after the issue was brought to my attention. I thought this was an attempt at stealing by such female landlord but could not be 100% certain.

104.    Kevin Eric Smith cannot know what the right amount is for such McBride St. utility bill at such time and/or for similarly situated bills in the future and/or how much the GCPs were interfering with and/or causing conflicts with his (Kevin Eric Smith's) landlord by, for example, setting up the request for the duplicative payment of rent.  This caused an amount of stress given the financial and ethical issues involved not to mention the perhaps accentuated importance of Kevin Eric Smith protecting his evidence and/or files and/or productivity, in an attempt to end what he perceives as a years' long siege of his property, him and/or his freedom.  This has/could affected/effected Kevin Eric Smith's housing considerations to a limited extent as it raises his uncertainty/potential costs of obtaining an abode where he pays a gas/electric utility bill and increases uncertainty with reference to what is happening to his landlord and his relationship with such landlord(s).   Reference, for example, the water leak in Kevin Eric Smith's room he rented (#221) at the Cadillac Motel in Manchester, New Hampshire ("*NH*") as well as the information he heard that another of that landlord's buildings very recently suffered a fire.

105.    Kevin Eric Smith's personal observations of computer, computer account (*e.g.*, gaming) and communications/email/cell phone/internet posting attacks, became more frequent in 2009 especially after moving to 504 McBride St., ~Apt. 3, Syracuse, NY.  Such attacks appeared to become more brazen and/or obvious.  Kevin Eric Smith reported such including not only to police and other authorities, but also specifically to the United States Secret Service ("USSS").  Kevin Eric Smith specifically spoke to an Agent Mitlier (USSS) on a phone call.  Agent Mitlier appeared to try to specifically discourage communication from Kevin Eric Smith in writing seemingly trying to trap Kevin Eric Smith instead while the two were speaking.  A few years later when Kevin Eric Smith likely spoke with someone from the Manchester, NH office of the USSS, such Manchester, NH USSS worker appeared very upset with Kevin Eric Smith even

though Kevin Eric Smith was asking questions/trying to report information perhaps relevant to the presented authority of USSS. Such USSS (NH) person said something about Kevin Eric Smith's room number at the Cadillac Motel (#221) in perhaps a threatening manner and in any event apparently tried to avoid taking information. In addition, one of the times when Kevin Eric Smith phoned USSS Manchester, NH back, a different sounding female voice spoke from such phone and said "CIA".

106.    In connection with the litigation Kevin Eric Smith had in the Town of Dewitt, New York in which Kevin Eric Smith was accused of violations Kevin Eric Smith used a purple notebook. Kevin Eric Smith wrote something down about what had occurred in the court room, perhaps what the judge had said, in such notebook. My note with reference thereto disappeared from my possession/immediate access, when I checked a purple notebook that was in my possession later. Kevin Eric Smith perhaps eventually entered an agreement with the prosecutor where Kevin Eric Smith agreed to meetings with perhaps associated payments and such violations were dismissed, which plea was executed. The criminal case in Manlius, NYS town court and four (4) criminal cases in Syracuse, NYS town court were dismissed without conviction. No agreement was entered into by Kevin Eric Smith with reference to such cases. The multiple cases against Kevin Eric Smith in Manhattan, NYS were also dismissed without conviction at an earlier time.

107.    My half-brother, Andrew John Smith, was attending Virginia Tech and likely concentrating in the engineering department at such school at the time thirty plus people were shot to death on and/or near Virginia Tech's campus/classrooms.

108.    Immediately after one of my first full attendances at Holy Cross Church in Dewitt, New York, perhaps the first time I made weekend mass there before mass began, a military type aircraft flew overhead immediately to the West and not very high off the ground for such point

time/space. I spread my arms to the side while still on Church property and/or right after leaving such property and stated something to the effect that if you attack my church I will blast you to kingdom come. I am not sure whether anyone was in <u>conventional</u> listening distance when this was said. This aircraft incident was likely in 2006-2008, but could have been 2009/later. Often while walking in Dewitt, New York between 2006 until present (perhaps earlier), I made fun of USAians when walking past their quite commonplace USA federal flags and have also done so elsewhere.

109.    Kevin Eric Smith was encouraged to and did file for "Social Security Disability Insurance" ("*SSDI*") distributions in 2006. It is unknown given the likely federal GCP involvement and billing (*e.g.,* purported "medical" facilities) why such SSDI distributions did not start in perhaps 2004 or some earlier date, if applicable. In any event, it has been Kevin Eric Smith's somewhat consistent position that he is <u>organically mentally healthy</u> and that the social security program in general is communist and perhaps not even legal. On his original mailed form, perhaps to the Social Security Administration ("*SSA*"), Kevin Eric Smith put that he <u>could</u> follow instructions etc... but that the alleged "doctors" said that he lacked "insight". Kevin Eric Smith would like to find an <u>accurate</u> copy of such form, especially given what has likely occurred with computer attacks and otherwise such as related to the NYS DMV, but presently does not have one such copy with him. Kevin Eric Smith has also, of his own initiative, gotten additional information back to SSA and/or communicated with SSA more than once which has included stating he is organically fine and referencing certain business/cash flow issues.

110.    It is possible the creation of conflicts between Kevin Eric Smith and bars/restaurants by GCPs continued after Kevin Eric Smith moved into Syracuse, NYS from Dewitt, NYS. Kevin Eric Smith was asked to leave a few places in Syracuse, NYS with circumstances where the

actions in total of the bars/restaurants seemed a little inconsistent with normal operations and quite possibly affected/effected by third party action, such as by GCPs, given the background circumstances and/or data/observations.    Kevin Eric Smith was in any event beaten up significantly while in the Armory Square area, perhaps in one of his first times significantly barhopping in the Armory Square area since returning to ~"reside" in Onondaga County.    This was perhaps soon after Kevin Eric Smith moved into Syracuse, NYS from Dewitt, NYS.    It is quite likely given all circumstances that GCPs participated in setting up such beating.    Moreover, even though this occurred in a popular bar area and Kevin Eric Smith was told by Syracuse police that they got the guy, Kevin Eric Smith never heard anything further about such arrest/arraignment of such battery suspect(s).    In fact, Kevin Eric Smith attempted to follow up with Syracuse police records more than once and even followed up with Syracuse police internal affairs and had future cases where he, Kevin Eric Smith, was prosecuted for non-victim type alleged "crimes" to some.    Nonetheless, Kevin Eric Smith still has not received information about anyone being arraigned for crimes in which he was the victim, even from the Onondaga County/Syracuse, NYS District Attorney/prosecutor.    Kevin Eric Smith was asked if he wanted to go to the hospital by police after this Armory Square area beating but refused and was significantly hurt, some pain/discomfort continuing for likely weeks thereafter.

111.    Conflicts have occurred between Kevin Eric Smith and his family, including those related to the States' interference with Kevin Eric Smith rationalized to the public by "mental health".    In addition, it is possible additional conflicts affecting/effecting logistics such as Kevin Eric Smith staying with his father, John Raymond Smith, II ("*JRS II*") have been affected/effected.    JRS II's <u>alleged</u> "wife" Susan has also made comments about Kevin Eric Smith's smell and silly statements in juxtaposition Kevin Eric Smith suspects.    Kevin Eric Smith's brother MPS has

only somewhat but in any event significantly offered to financially provision Kevin Eric Smith. Kevin Eric Smith suspects MPS is the subject of ongoing GCP targeted surveillance and/or control as is much of the rest of his family, and that MPS' career has been substantially affected/effected by such attacks. MPS has also participated in interfering with Kevin Eric Smith's legal cases to an extent and thereby created a conflict between himself and Kevin Eric Smith.

112. It is very probable/true the presentation and/or accumulation of evidence by Kevin Eric Smith has been repeatedly attacked by GCPs by, for example but not likely limited to: (a) the isolation of Kevin Eric Smith (*e.g.*, from family, friends, bars); (b) attacks on digital data and hardware (*e.g.*, cell phones, computers, printer/faxes, documents, emails, internet accounts, perhaps bank account(s)); (c) financial attacks; (d) "mental health" perception/credibility attacks; and (e) compromise of secular authorities including domestic/State authorities and/or A-a-L. Kevin Eric Smith's ability to conduct his affairs including business has also been attacked for example, by likely GCP attacks against third parties such as Zini & Associates, P.C. and the resulting uncertainty/potential stressors caused in Kevin Eric Smith. There are consequent restrictions/constraints, self-imposed and/or otherwise, that has on Kevin Eric Smith's existing and/or potential commercial relations and/or prospects.

113. Kevin Eric Smith has also somewhat consistently been attacked by unconventional (circa 2000) sounds directed toward/about him without his consent. Such Targeted Sound is often about his (Kevin Eric Smith's) activities/mental state/history/politics/circumstances etc... and often seems to be driven by third parties to create mental states and/or accomplish some other goal such as political and/or time consumption and/or stealing. Specific tactics noticed by Kevin Eric Smith in which Targeted Sound and/or digital attacks occurred include such as: (a) Kevin

Eric Smith sound thinking/circumstances and then a related, often contemporaneous, Targeted Sound and/or digital attack, which has been common; and (b) the attackers compounding stressors/driving mental/emotional states and/or attempting to do such. With reference to tactic (a) immediately aforereferenced (vorreferenced) there also appear to be many possible stories in the news which were also perhaps related to attacks on me, such as the crash of the Polish plane in Russia, death of a Dewitt, NY police officer and/or alleged timing of the killing of Osama bin Laden. Kevin Eric Smith does not have certain of knowledge of the relation of these stories to attacks on him with one hundred percent (100%) certainty at this time. It is even possible that earthquakes have been timed with such attacks on Kevin Eric Smith and/or vice versa. There have also been street/private outdoor lights going out near where Kevin Eric Smith was walking suspiciously numerous times, for example in Dewitt, NYS, near McBride St. in Syracuse, NYS and on the Cadillac Motel in Manchester, NH. There have also been electricity blackouts which may or may not be related to attacks/actions by GCPs generally and/or connected to what occurred with Kevin Eric Smith individually.

114.    On or around late October (Oktober) 2009 Kevin Eric Smith was informed of the death of his mother, KCMS, through multiple phone call attempts from his brothers. John Raymond Smith, III ("JRS, III") is the son of four (4) that had resided closest to KCMS's ~"residence" the last years of KCMS's life. This was in the area near Richmond, Virginia ("*VA*"). Perhaps not by coincidence, JRS, III was on a public school paid trip to San Diego, California from VA when KCMS is alleged to have died. JRS, III originally told Kevin Eric Smith we (my brothers and I) had to sign something so that someone, likely government related/GCP, could initiate/implement the cremation of KCMS's body. Kevin Eric Smith communicated to his brother(s) that obviously if they required my signature, I did not have to sign. KCMS's body was perhaps not

cremated as a result.  Eventually, JRS, III served Kevin Eric Smith papers with an A-a-L to get

himself (JRS, III) appointed as executor.  Kevin Eric Smith was concerned at this point time

(some months after KCMS death) that there may be persons liable to KCMS's estate, for

example for her death, and counseled that a third party (likely non-family) be assigned as

executor, thus he and his brother JRS III avoiding conflicts/liability.  JRS, III nevertheless

insisted on going forward at a point time after getting information about where to likely find an

original copy of KCMS's will from Kevin Eric Smith during a phone call.  JRS, III then withheld

an original copy from the named executor, Kevin Eric Smith, and told an untruth about obtaining

the original will while testifying in "court" in Chesterfield County Virginia.  His A-a-L, "Bryan

Cave", also participated in the ruse and JRS III was appointed executor perhaps in part because

Kevin Eric Smith did not probate the original will fast enough, while JRS III was withholding

such original will after finding it consistent with advice from Kevin Eric Smith on where to find

it and then JRS III communicating an untruth in relation thereto while testifying in court.  JRS,

III also called the NYPD at one point years earlier and had Kevin Eric Smith falsely imprisoned

and sent to a mental "health"/"hygene" facility in Manhattan, NYS for some hours because of a

phone call between Kevin Eric Smith and JRS, III from hundreds of mile away.  Despite

prompting JRS III has not even paid/settled the extortion bill presented by the ambulance

company for such false detainment.  Even though it was alluded to at such "court" hearing in

Chesterfield County, VA, and documents were forwarded to A-a-L "Bryan Cave" by Kevin Eric

Smith, and despite the potential utility thereof and emails from Kevin Eric Smith, JRS III has not

informed/consulted Kevin Eric Smith in reference to KCMS's estate suing third parties such as

GCPs.  Moreover, such conflict/inaction has maybe delayed the termination of the consistent

battering, false imprisonment/imprisonment and/or stealing from Kevin Eric Smith.    The

psychological attacks/uncertainty attendant to the attacks and/or unknowns has possibly also resultingly continued.

115.    While travelling to and from Chesterfield County Virginia for a "court" hearing related to the estate of KCMS, Kevin Eric Smith spent some time in Washington, DC ("*WDC*") as well as Arlington, VA.  While in WDC Kevin Eric Smith was walking just south of Union Station, near a road that automobiles commonly use next to such station such road used by some perhaps for pick up/drop off/drive by, when Kevin Eric Smith mentioned something about "Jews" and/or (und/oder) "Juden".  Within minutes, perhaps within a minute, WDC police showed up and harassed Kevin Eric Smith including asking him a question to the effect of how long he intended on staying in WDC and/or that specific place (~ "be here"?).    Kevin Eric Smith was arrested/arraigned, perhaps within twenty-four (24) to forty-eight (48) hours, by WDC police.  Such arrest/arraignment was ostensibly about destruction of property probably at least hours after Kevin Eric Smith was harassed south of Union Station even though Kevin Eric Smith is uncertain to this date whether any property was actually destroyed.  Moreover, Kevin Eric Smith had significant bruising by the time he was released from custody and when he had previously reported <u>actual</u> property crimes to the WDC police years ago, they had specifically refused to act.  In those crimes that Kevin Eric Smith reported, there was actual diminishment/altering of property and/or attempts to diminish/steal property.

116.    While at court in WDC in 2010 it was communicated to Kevin Eric Smith, in likely violation of his rights, that he was somehow suggested to and/or required to see "mental health" personnel related to his arrest after release from WDC authorities.  Kevin Eric Smith later went to the "local" "court", perhaps as suggested, and was removed after trying to speak with a clerk/worker for such "local" "court".  Such clerk/worker was giving Kevin Eric Smith likely

incomplete and/or unauthorized reasons for not doing what she was there to do, and subsequently/contemporaneously Kevin Eric Smith referred to her as a "nigger".   Kevin Eric Smith's voice over significant periods and decibel/communication level was not abnormal or even approaching abnormal while in such "local" "court" (WDC).   Kevin Eric Smith was nonetheless subsequently removed from such "local" "court" house by WDC correlated workers, likely for using such word "nigger" in blatant violation of his rights including those of the 1st Amendment and due process, etc…..   Kevin Eric Smith is not inclined to visit with "mental health" workers particularly in connection with what might be an illegal order/suggestion of a WDC "judge" to so visit.

117.    When Kevin Eric Smith returned to the Syracuse, NYS area he obtained sublet housing for a brief period with two "students" from Afrika, likely sub-saharan Afrika (at least one floormate was sub-sah).   At some point during such sublet while Kevin Eric Smith was walking home a few (perhaps 3-4) children likely of "African-American" classification to the government, started throwing rocks at Kevin Eric Smith and followed him for some time continuing such.   Eventually while Kevin Eric Smith was standing in front of the front door to such sublet one of the rocks broke an automobile window of a neighbor.   Kevin Eric Smith so informed the neighbor, though they may have already been aware.   Within the next few days gunfire was perhaps fired immediately outside of such sublet.   It is uncertain to 100% whether such gunfire was related to what has occurred with the rocks being thrown at Kevin Eric Smith repeatedly.   On a subsequent day Kevin Eric Smith again was confronted by what was possibly similar and/or the same children who again attempted to bother him.   Shortly after the Syracuse police showed up.   It is quite possible such incidents in this paragraph were encouraged/set-up by USAian GCPs.   Moreover, it is likely Kevin Eric Smith is the subject of consistent and/or

concentrated surveillance by GCPs, perhaps at multiple levels.   Nonetheless, Kevin Eric Smith has not been notified as of yet to his knowledge of the findings of any related investigation, and/or arrest/arraignment of persons related to these and/or the other multiple physical attacks on Kevin Eric Smith and his property, including documents.   This is true even though there have been constant criminal/violation cases brought against Kevin Eric Smith again since around 2008, possibly also set-up/encouraged/controlled at least in part by GCPs.   The constant nature of outstanding cases also may be yet another means of attack on Kevin Eric Smith, perhaps perceived by some as preventing him from obtaining a level of peace, pursuing commercial/investment/cash flow alternatives and/or otherwise concentrating on his life without such "criminal"/violation cases.

118.    Kevin Eric Smith went to the North Syracuse, NYS area DMV in a second attempt to get the vision restriction associated with his NYS driver's "license" removed, perhaps around July (Juli)/August 2010.   The personnel at such North Syracuse, NYS area DMV agreed to remove such restriction.   Kevin Eric Smith's recollection is that at such time he handed such DMV his picture license in tangible form and received an interim license (without picture) which he could use until his new picture license arrived, both interim and latter picture license without a vision restriction.   In the weeks following this accomplishment by Kevin Eric Smith, done without eye surgery, Kevin Eric Smith received a letter from the NYS DMV stating he (Kevin Eric Smith) was somehow required to get some sort of extortion letter from "your" (his) doctor, which Kevin Eric Smith did not even have at the least by unfettered consent, to him at the time.   Moreover, not only was such letter over the bounds of DMV's authority, ineffectual even as intended and suspiciously timed, but Kevin Eric Smith absolutely refused to go and pay such extortion fee to a

quack (purported "doctor" of "mental health") and left NYS instead, intending to reside elsewhere.

119.    Kevin Eric Smith initially headed to Vermont ("*VRT*") in an Avis rent-a-car, though he was also in the Albany, NYS area eventually as well.  Kevin Eric Smith was again arrested and issued a desk appearance ticket of some sort by VRT police workers.  During the course of such arrest Kevin Eric Smith filed a complaint about police behavior and was told before even filing such complaint, more or less, that such complaint would not be successful/applicable.  Moreover, immediately prior to Kevin Eric Smith's arrest in VRT he was grabbed/detained on a public street by persons likely working with a drinking bar and he has not heard yet if such persons were arraigned for stealing/battery/kidnapping/false imprisonment and if not why not.

120.    Also while in the Burlington, VRT area, perhaps earlier and likely while in Essex Junction, VRT, Kevin Eric Smith stayed a little bit at the ~Handy Suites hotel.  While at such hotel, a computer sometimes referred to by Kevin Eric Smith as the "Onondaga Toshiba" was stolen.  Kevin Eric Smith reported the disappearance of the Onondaga Toshiba to the Essex Junction, VRT police and attempted to follow up multiple times.  Despite this, there may be an absence of response from the GCPs including the Essex Junction, VRT police about this. Moreover, there was significant evidence presentation cost reduction material and certainty/psychological destressor utility in having the working Onondaga Toshiba with me and available/working.   Outside the ~Handy Suites, in a sparsely populated parking lot probably associated with such hotel, was an odd BMW with certain stylings and a license plate "M Funf" with translates from Deutsch as M5.

121.    Within a few days, perhaps, of the Onondaga Toshiba being missing/stolen, a computer Kevin Eric Smith refers to as the Crusader0026 was missing data files, at least as displayed on

the screen, including substantial Microsoft word documents. Moreover, the internet inconsistent disfunctioning with vendors such as a McDonald's in South Burlington, VRT, was continuing. At this point, then, there were multiple, perhaps almost all-to-all, documents from two computers at least missing in the sense that Kevin Eric Smith could/did not effectively access them on Crusader0026 and Onondaga Toshiba was missing/stolen. Such data reappeared on the Crusader0026, which was first noticed by Kevin Eric Smith on 11 September 2010, at a Starbucks in Fayetteville/Manlius, NYS.

122. Kevin Eric Smith may have applied for an apartment in Vergennes, VRT, having obtained the application, but one factor in not doing so was transportation. In any event, while in Vergennes, VRT, there was also quite possibly a debit card issue that may have involved an attack by GCPs. Another factor which may have influenced Kevin Eric Smith to more and less likely to apply for an apartment in Vergennes, VRT (both) was the ongoing attacks on him.

123. Kevin Eric Smith eventually drove around in an Avis rent-a-car with some things in an attempt to find an apartment in Massachusetts and southern NH. Kevin Eric Smith ended up very briefly in existential being there personally at a Pine Street week-to-week payment facility in Manchester, NH.

124. Soon after arriving at such Pine Street potential/actual residence Kevin Eric Smith drove to the Boston, Massachusetts ("*MA*") area for a Harvard – Collegium Sanctae Crucis (MA) ("*CoHC*") Amerikanisher fussball game. At this time, Kevin Eric Smith may have been missing a map of New England with streets he had recently purchased at a Worcester, MA area grocery store. This may have been part of psychological-operations by GCPs but in any event if true was very similar to multiple such tactics by probable GCPs. Kevin Eric Smith had probably already taken time to hand deliver cover-up/criminal activity of GCP likely related documents to the

Massachusetts Attorney General's office in Boston, MA.  In any event such documents were eventually delivered to the Massachusetts Attorney General, probably as stated and in 2010. After the Harvard - CoHC Amerikanisher fussball game, which Harvard won by some amount, Kevin Eric Smith drove his rent-a-car to a bar for some alcoholic beverages.  Kevin Eric Smith was cut off after two (2) drinks, and suspected that this was set-up by GCPs but could not be necessarily close to certain this time if such set-up occurred.  Also, some woman who may have been a manager/worker with such drinking bar attempted to tell Kevin Eric Smith he was not permitted to take pictures in such bar, even though Kevin Eric Smith had doubts this was their policy and the bar was within close proximity to Massachuetts Institute of Technology ("*MIT*"). Kevin Eric Smith eventually left such drinking bar at the insistence of workers with such drinking bar, came back hours later to take pictures/signal and was eventually arrested for an alleged felony.  One of the factors resulting in classification of such crime as a felony involved Kevin Eric Smith's wearing of sneakers allegedly.  Such application of the MA <u>felony</u> statute was likely illegal if the federal and/or possibly the Massachusetts law/constitutions apply.

125.    Bail was set for such Massachusetts felony at a hearing where Kevin Eric Smith had difficulty hearing everything.  Bail was set at US$250 which in itself was likely also illegal, amounting to punishment without due process and conviction.  Kevin Eric Smith is uncertain why the use of US$250 level is used if not for financing and/or false pretenses etc….  Such bail, as opposed to a desk appearance ticket/release on recognizance or functional equivalent had the affect/effect of detaining Kevin Eric Smith without legitimizing rationale.  Moreover, it appears that Massachusetts, in all probability illegally, has attempted to assess some sort of "counsel" fee after allegedly assigning such counsel without informing Kevin Eric Smith of such fee/fine/punishment.  Kevin Eric Smith would probably have declined such A-a-L assignment if

he was informed of such fee. Moreover, it is apparent to Kevin Eric Smith that such fee is acting as punishment without either due process or conviction when imposed without consent, and in any event is probably a violation of USAian law/constitutions maybe even based on indigent classification to some. Massachusetts had no right to assess such fee especially without Kevin Eric Smith's deliberative informed consent.

126.    When Kevin Eric Smith was brought to Middlesex County's jail (MA) he was told by a guard to answer a question on a form, probably with a "yes" or "no" alternative, or he would be mental "health"/"hygene" classified or something similar. Kevin Eric Smith refused to answer and was subsequently mental "health"/"hygene" classified.   Soon after such refusal, Kevin Eric Smith was shipped to Bridgewater State "Hospital" for likely around thirty (30) days despite Kevin Eric Smith's objection.   While at Bridgewater State "Hospital" Kevin Eric Smith's lexis password did not work, though he did sign on at least once using a worker/inmates password. Kevin Eric Smith eventually informed a manager/worker with Bridgewater State "Hospital" about this and he stated that should not be the case. Kevin Eric Smith suspects further GCP interference in his attempting to use Lexis while at Bridgewater State "Hospital".



127.    Kevin Eric Smith had a hearing in a criminal matter in Syracuse, NYS on or around 16 December (Dezember) 2010 which he attempted to prepare documents for, despite the district attorney/prosecutor suggesting they were dismissing the case when he previously came to a hearing that then did not occur.     Such documents were computer attacked, likely by GCPs. Moreover, Kevin Eric Smith travelled some amount for such hearing incurring costs and was kicked out of a mall and spoken to by Syracuse, NYS police the day before such hearing. On the bus trip back to Massachusetts for a Cambridge District Court (MA) hearing coincidentally or not scheduled for the next day, on 17 December (Dezember) 2010, Kevin Eric Smith sound

thought to himself at the Albany, NYS bus station thinking about if the bus will break down. Such bus was late in leaving to Boston, MA from such bus station and then did stop on the Massachusetts Turnpike, where the passengers including Kevin Eric Smith were asked to change buses.

128.    At a subsequent hearing in Cambridge District Court (MA) in or around 4040 Mystic Valley Parkway in Massachusetts, perhaps on 17 December (Dezember) 2010 Jennifer Staples, alleged A-a-L assigned to Kevin Eric Smith, suggested Kevin Eric Smith meet with a quack, or alleged "doctor". Kevin Eric Smith suggested he may meet with such quack but it was not clear he (Kevin Eric Smith) would answer any questions. On or around the beginning of January (Januar) 2011 Kevin Eric Smith told Jennifer Staples he did not prefer to meet with such quack. Jennifer Staples then again, perhaps on a subsequent hearing date, suggested Kevin Eric Smith meet with a quack and specifically stated it was Kevin Eric Smith's right not to meet with such quack, perhaps when asked by Kevin Eric Smith about such right. Kevin Eric Smith declined to meet with such quack.

129.    Kevin Eric Smith was subsequently on such hearing date being told he was being sent to a mental "health" hospital, on the basis purportedly in part for both filing motions and not agreeing to speak with such quack, which was his right to do and which motions were not done/filed unethically in probability and which motions were likely productive. Kevin Eric Smith was subsequently imprisoned at Worcester State Hospital in violation of his freedom and wrongly and likely without legal authority. Moreover, while at Worcester State Hospital some worker with such hospital requested information from Kevin Eric Smith about insurance. It is very probable Worcester State Hospital stole/attempted to steal from Kevin Eric Smith and/or

purported insurers of Kevin Eric Smith and Worcester State Hospial (MA) is also likely committing insurance/medicare/medicaid fraud on a regular basis.

130.    On or around 06 January (Januar) 2011, Kevin Eric Smith having already been arraigned on one disorderly conduct charge in Manchester, NH, called 911 from a public park after having the remainder of his beer stolen at a drinking bar. Multiple police workers responded somewhat quickly and probably tried to prevent Kevin Eric Smith from filing a report or even professionally disclosing matter(s) to the police. After Kevin Eric Smith started to leave the park the police and Kevin Eric Smith continued communicating. The Manchester, NH police eventually stopped Kevin Eric Smith near the western side of the park, the phone call having been previously placed by Kevin Eric Smith while he was standing in the southern part of the park. At such time a police worker eventually held one of Kevin Eric Smith's yellow folder's in the air and made what were likely disparaging comments, such folder likely containing materials useful/intended to potentially be used in litigation, for example in the Massachusetts criminal matter.

131.    Based on the communications of Manchester, NH police they probably made the decision to arrest Kevin Eric Smith, at the least with finality, after stopping him near the western side of the park. It is possible/probable, the reasoning given was that I would not leave a public park, even though my substantial activity was calling 911 and standing in such public park when no one else was around, and I believe when such park was open to the public. Somewhat ~immediately subsequent to such initial arrest, Kevin Eric Smith had his head beaten into a hard floor (perhaps cement) and was pepper sprayed without anything approaching legal cause by workers with Hillsborough County Department of Corrections jail (dba ~"Valley Street Jail") ("*HCDOC*"). As a result Kevin Eric Smith became unconscious and defecated on himself.

Based mainly on the receipt of subsequent information Kevin Eric Smith believes it is possible, but not known yet, that such beating/spraying was committed in part because of Kevin Eric Smith's refusal to sign a form without notation regarding his property. In fact, the HCDOC workers who beat Kevin Eric Smith subsequently tried to bootstrap their previous illegal action with a subsequent HCDOC violation charge for not agreeing to sign such form, and allegedly for swearing or talking back, all of which is illegal for HCDOC to have done.

132.    Also, both times Kevin Eric Smith was at HCDOC, HCDOC attempted to ask Kevin Eric Smith questions and his first time at HCDOC HCDOC threatened to punish him for refusing to answer/allegedly requiring him to answer questions, <u>which they had no right to do</u>. Such questions included matters such as Kevin Eric Smith's affiliations. Moreover, such questions were ambiguous and far too braod. HCDOC also threatened to punish Kevin Eric Smith during the course of his first arrest for making medical decisions. Even though the charges against Kevin Eric Smith were primarily disorderly conduct, with a charge of contempt based solely on the fact that Kevin Eric Smith had a previous charge outstanding, State of NH set bail and then kept Kevin Eric Smith for longer than he should be punished without trial/conviction on such a charge and even longer than he likely could be punished with conviction on such a charge. **[HACKERS ATTACKING THIS DOCUMENT AT THE END OF THIS PARAGRAPH, NOTICED 21 MAI 2012].**

133.    Kevin Eric Smith has more than once dropped documents off for Internal Affairs or similar division of the Manchester (NH) police. **[HACKERS ATTACKING THIS DOCUMENT AT THE END OF THIS PARAGRAPH, NOTICED 21 MAI 2012].** This was in addition to going to other New Hampshire authorities such as New Hampshire department of justice, and then the Concord, NH police on 17 January (Januar) 2012. Within hours of

dropping off documents with Concord NH police on 17 January (Januar) 2012 he was arrested/arraigned by Concord NH police after they stopped him for no sufficient reason. Moreover, Kevin Eric Smith may not have even been in Concord, NH that day if his facsimile had not likely been attacked again by GCPs or at least inconsistently functioning early that morning. Such arrest/arraignment was, according to the police reports, after an alleged assault on a US postal truck which Kevin Eric Smith doubts occurred. One substantial motivation for Kevin Eric Smith being in Concord, NH on 17 January (Januar) 2012 was a previous case where Kevin Eric Smith was found incompetent to stand trial thereby depriving him of court recognized interests in a manner even currently recognized as significantly flawed and in any event wrongful.

134.    Such incompetency finding included a pre-determined time limit, flawed notice to Kevin Eric Smith, failure of the court to provide proper opportunity for Kevin Eric Smith to provide evidence, the wrongful assignment of counsel being the New Hampshire Public Defender ("*NHPDef*"), an error of judgment in determination and the provision and obtaining/transferring/use of what might have been a report sealed by Massachusetts by Jennifer Staples and the NH 6th Circuit District Court (NH) without even proper notice to Kevin Eric Smith of the attempt to obtain such report. The only quack (alleged "doctor") testifying at the hearing specifically found Kevin Eric Smith competent to stand trial. Moreover, the State of NH authorities in Concord, NH have also not, so far, provided sufficient discovery including even evidence from Merrimack County (NH) Department of Corrections jail ("*MCDOC*") of relevant injuries of me on the night of my 2011 arrest. MCDOC also attempted to force me to provide labor, pre-trial no less, and imposed an internal jail violation decision without due process and in circumstances when there was fraudulent/deceptive paperwork filed by a worker of theirs, a Mr.

70

Yost.   In addition, documents of mine went missing when I was moved to "medical" contemporaneously with such paperwork.  Moreover, MCDOC is fraudulently classifying people in "medical" for logistical reasons quite possibly and perhaps receiving funds fraudulently as a result.   Kevin Eric Smith's use of the kiosk at MCDOC, relationship with other detainees and the jail itself (as well as such jail's workers) was also attacked, likely by GCPs, at MCDOC.  For example, GCP's deployed Targeted Sound against Kevin Eric Smith and probably his fellow detainees at MCDOC and attacked Kevin Eric Smith's use of the kiosk through remote fraud/attacks.  **[PRECURSOR TO THIS SENTENCE SPECIFICALLY DELETED FROM MORE THAN ONE SAVED STORAGE DEVICE – 21 MAI 2012].**

135.   Kevin Eric Smith was the next month, February (Februar) 2012, sent to "New Hampshire 'Hospital'" ("*NHH*") for almost two (2) months.  Kevin Eric Smith had tried to order a virgin bloody mary, I believe, literally, and the waitresses at a drinking/eating establishment called "Republic" by some brought out clear liquid.  Kevin Eric Smith started drinking it and realized it was vodka.  At this point, despite not starting the day intending to drink, Kevin Eric Smith decided that given the mistake of liquid he might as well keep drinking alcohol and did so. Kevin Eric Smith was soon thereafter sent to NHH.  New Hampshire has attempted to preclude Kevin Eric Smith from drinking alcohol which is not only childish of them, but also maybe even prohibited without his consent even if he were convicted.  State of NH is representing they have a right to punish me for drinking alcohol even without conviction, which is not valid based on their presentation of authority and in any event in these circumstances.  This has caused incidents with, for example, not only food/drinks but also specifically hair conditioner and mouthwash. State of NH is also representing they have the right to restrict my relationship with "weapons" as a result of being arrested but not even convicted, which is also likely illegal pursuant to NH

and/or USAian federal law. Moreover, the restriction on "weapons" is not even intelligently drafted especially given the definition of weapons by USAian (including State) courts. It could be read to require me, for example, to go without sneakers and/or clothes. It also could be read to preclude my use of scissors, for example, to cut my hair and/or beard. NYS and the State of MA have also taken steps which, with perhaps direct intent on the part of them systemically and/or broadly, illegally restricted my access to things, development, communication and/or activities, such as the use of mental "health"/"hygene" and then purported restrictions on my relationships with "weapons"/arms.

136.     NYS had suspended Kevin Eric Smith's driver's license when it should not be and New Hampshire and Massachusetts have attempted to enforce another State's laws in their alleged "licensing" of my right to drive **[word "drive" likely attacked by GCPs – 21 Mai 2012; hacker changed to "driver"]** there which is likely/probably illegal. Moreover, such may also specifically violate the interstate commerce clause, equal protection and/or privileges & immunities as well as due process. The State of MA rationale appears to be a ticket for walking to get gasoline on a federal highway (Route 90) and without Kevin Eric Smith even ever having applied for a "license" to drive from the State of MA. The State of NH bases its communication of its probable denial of my right to apply/"license" to drive on such NYS suspension, MA ticket and now, apparently, a warrant for a disorderly charge issued by Manchester (NH) district court. Such warrant may have issued on a date allegedly scheduled for arraignment which date <u>was weeks after</u> my detainment by the State of NH, including at NHH, while I was being detained and without actual notice to me until on or around 26 April 2012 which actual notice I received at the NH DMV in the Concord, NH area. The State of NH also apparently asks applicants for a driver's license to make some certification about amounts owed to the State of NH, which is

likely also violating of due process at the least and especially given the foregoing and/or circumstances. Such States by so attempting to prohibit/restrict one from driving are not only enforcing foreign States laws and punishments in probable violation of USAian law, but are also requiring people to take litigation positions in unrelated matters, even with reference to disputes with other States. For example, the State of NH is purporting to enforce revenue punishments and driver restrictions in foreign States by proposing it can/will restrict my driving. This is true even without analysis of whether such denial of driving rights is related to a purported legitimate justification of such denial, such as unsafe driving history and/or potential driving issues. Also, the State of NH is further requiring a person to not only in practice possibly pay any back amounts owed to such State of NH and thereby short-circuit due process for whatever State tax/fee/revenue position such persons are taking, such as in litigation or on a return, but to have complete knowledge of even whether they know any amount is owed which is often impractical let alone stupid to require certification with reference to in such circumstance.

137.    While stopping by Cambridge District Court (MA) recently, a court worker brought to Kevin Eric Smith by another court worker told Kevin Eric Smith they were not going to copy the entire file even for a fee. He asked which documents ~"do you (Kevin Eric Smith) really need". This communication occurred perhaps twice. Workers at such court also communicated that I must/may not have submitted motions because they would be in the file. I stated I suspected it was my right to obtain a copy of the entire file, even if I had to pay a fee. He only then agreed that the court would sell me a copy of the entire file and informed me to come back next week to pick up such copy. I eventually did pick up such copies of the file. Had I not insisted over his objection, I may have been denied, at the least temporarily, a copy of such file. The file appeared to have grown since my placing the order, even though the case was already dismissed

well before placing such order, now containing the motions/documents I was told could not have been.  **[THIS PARAGRAPH ATTACKED BY HACKERS 21 MAI 2012.]**

138.    Kevin    Eric    Smith    has    been    attacked    illegally    by    GCPs    using    various deceptions/tactics/batteries/thefts and psychological attacks.  GCPs have also refused to respond in a manner obviously displaying discrimination against Kevin Eric Smith and likely his family. Such attacks may even be occurring significantly because of Kevin Eric Smith's perceived ethnicity, political preferences, communications, intelligence, family and/or perceived religion. It may also be in part because of the nickname of CoHC's sports teams.

**[Last few pages of this document attacked on multiple copies (data key(s) and komputer – Die Katze) on 21 Mai 2012, after amendments of Kevin Eric Smith while Kevin Eric Smith was worried about the timing of filing such document.  Specifically, paragraphs 134 through just before this note.]**

DAMAGES/RELIEF

Kevin Eric Smith hereby requests all relief available pursuant to the court's power and perhaps the power it perceives to possess against all fifty-right defendants, including injunctions against the referenced State and federal actors against their surveillance, attacks and cases and any further detainment of Kevin Eric Smith.

Kevin Eric Smith's document have been repeatedly attacked.  Kevin Eric Smith presently intends to amend this pleading, at which point time it is also likely such damages/relief claim may also be amended.  Statute of Limitations issues are a factor contributing to my submission of this document at this time, as is numerous hacks and attacks on Kevin Eric Smith, very probably by GCPs.

**I do not believe Rule 11 of the Federal Rules of Civil Procedure to be worded in a manner that is necessarily legal and do not represent that I certify in complete compliance with such Rule 11 hereby.**

Sincerely,

Kevin Eric Smith
~502 Chestnut St., #221
Manchester, NH  03101 (could be former residence)

Presently staying @ Motel 6 near Watervilet Ave., Albany, NY area (21 Mai 2012)
c:        +1.315.395.4712
e1:       kesmith32@hotmail.com